FILED
U.S. DISTRICT COURT
DIVISION

2012 APR -6 PM 1:46

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO: |
| | ) | |
| CHARLES L. LOCKETT, WARDEN, | ) | |
| UNITED STATES PENITENTIARY, | ) | |
| Terre Haute (USP) | ) | **2:12-cv-0086 WTL -WGH** |
| Respondent, | ) | |
| | ) | |

## APPEARANCE FORM
Petitioner

*Re: Cause No.:*

1. Name of Defendant(s):  BRUCE CARNEIL WEBSTER

2. Defense Attorney=s Information: Eric K. Koselke
#5593-54
6202 N. College
Indianapolis, IN 46220
Office: (317) 722-2591
Fax: (317) 257-5300
Email: ekoselke@wkelaw.com

1. Will Defendant accept service by FAX: Yes_____ No___X___

2. Additional information required by state of local rule: _____

_____

_____

Eric K. Koselke, #5593-54
*Attorney at Law*

SCANNED

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Joseph Hogsett the United States Attorney for the Southern District of Indiana at 10 W. Market St., Suite 2100, Indianapolis, IN 46204 by hand delivery this 6th day of April, 2012.

Eric Koselke, #5593-54

Eric Kosleke
*Attorney ay Law*
6202 N. College Avenue
Indianapolis, IN 46220
(317) 722-2591Telephone
Fascimile (317)257-5300

*Attorneys for Petitioner Bruce Webster*

Enclosure
EKK/kd