FILED
U.S. DISTRICT COURT
DIVISION

2012 APR 18 PM 3: 38

DISTRICT
INDIANA
A. BRIGGS
CLERK

BRUCE CARNEIL WEBSTER,  )
)
      Petitioner,  )
)
v.  )
)
                                          )
CHARLES L. LOCKETT, WARDEN,  )
UNITED STATES PENITENTIARY,  )
TERRE HAUTE (USP),  )
)
      Respondent.  )

Cause No. 2:12-CR-0086 WTL-WGH
Judge William Lawrence

## MOTION OF KIRSTEN E. SCHUBERT TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-5(a)(2)(C), the undersigned counsel, Kirsten E. Schubert of Dorsey & Whitney LLP, respectfully moves this Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Bruce Carneil Webster in the above-styled cause only. In support of this motion, the undersigned states:

1.     I have been admitted to practice in the following states and federal jurisdictions: State Bar of Minnesota (2007); United States District Court for the District of Minnesota (2007); United States District Court for the Southern District of New York (2011) (admitted *pro hac vice* only).

2.     I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

Dated: April _12_, 2012

By _____
Kirsten E. Schubert

DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (952) 516-5698

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Joseph Hogsett the United States

Attorney for the Southern District of Indiana at 10 W. Market St., Suite 2100, Indianapolis, IN

46204 by hand delivery this 18th day of April, 2012.

Eric K. Koselke, #5593-54
*Attorney at Law*

Eric K. Koselke
*Attorney at Law*
6202 N. College Avenue
Indianapolis, IN 46220
Telephone (317) 722-2591
Facsimile (317) 257-5300
Email: ekoselke@wkelaw.com