UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 APR 18  PM 3: 41

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

BRUCE CARNEIL WEBSTER, )
)
Petitioner, )
)
v. )          Cause No. 2:12-CR-0086 WTL-WGH
)          Judge William Lawrence
CHARLES L. LOCKETT, WARDEN, )
UNITED STATES PENITENTIARY, )
TERRE HAUTE (USP), )
)
Respondent . )

## MOTION OF STEVEN J. WELLS TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-5(a)(2)(C), the undersigned counsel, Steven

J. Wells of Dorsey & Whitney LLP, respectfully moves this Court for an order granting

admission *pro hac vice* for the purpose of appearing as counsel on behalf of Bruce

Carneil Webster in the above-styled cause only.  In support of this motion, the

undersigned states:

1.       I have been admitted to practice in the following states and federal

jurisdictions: State Bar of Minnesota 1985; State Bar of Vermont 1984 (inactive) United

States District Court for the District of Minnesota 1985; United  States District Court for

the Eastern District of Wisconsin 1996; United  States District Court for the Western

District of Wisconsin 1993; United States Court of Appeals for the Third Circuit 2011;

United States Court of Appeals for the Fourth Circuit 1995; United States Court of

Appeals for the Fifth Circuit 2001; United States Court of Appeals for the Seventh

Circuit 1993; United States Court of Appeals for the Eighth Circuit 1991; United States

Court of Appeals for the Ninth Circuit 1994; United States Court of Appeals for the

Federal Circuit 2002; and Supreme Court of the United States 2010.

2. I am not currently the subject of any professional disciplinary sanction,

proceeding or investigation in any jurisdiction.

3. I certify that I will abide by the Seventh Circuit Standards of Professional

Conduct.

4. I have presented a check in the amount of Thirty Dollars ($30.00) in

payment of the administrative fees required to process this motion for admission *pro hac*

*vice*.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an

order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

Dated: April 11, 2012

By _____
Steven J. Wells

DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (952) 516-5526

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Joseph Hogsett the United States

Attorney for the Southern District of Indiana at 10 W. Market St., Suite 2100, Indianapolis, IN

46204 by hand delivery this 18th day of April, 2012.

Eric K. Koselke, #5593-54
*Attorney at Law*

Eric K. Koselke
*Attorney at Law*
6202 N. College Avenue
Indianapolis, IN 46220
Telephone (317) 722-2591
Facsimile (317) 257-5300
Email: ekoselke@wkelaw.com