Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP029385
Cashier ID: mdagon
Transaction Date: 04/18/2012
Payer Name: DORSEY AND WHITNEY LLP

PRO HAC VICE
 For: KIRSTEN E SCHUBERT
  Case/Party: D-INS-1-12-LB-000001-001
  Amount:       $30.00

CHECK
 Check/Money Order Num: 1206271
 Amt Tendered: $30.00

Total Due:       $30.00
Total Tendered: $30.00
Change Amt:       $0.00

PHV FEE FOR KIRSTEN E SCHUBERT


2:12-CR-86-WTL-WGH

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53.00 fee
will be charged for a returned
check."