Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP029386
Cashier ID: mdagon
Transaction Date: 04/18/2012
Payer Name: DORSEY AND WHITNEY LLP

PRO HAC VICE
 For: STEVEN J WELLS
 Case/Party: D-INS-1-12-LB-000001-001
 Amount:         $30.00

CHECK
 Check/Money Order Num: 1206272
 Amt Tendered: $30.00

Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

PHV FEE FOR STEVEN J WELLS


2:12-CR-86-WTL-WGH


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53.00 fee
will be charged for a returned
check."