UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER ,                )
                                        )
                        Petitioner,     )
                                        )
        v.                              )        CAUSE NO. 2:12-cv-086-WTL-WGH
                                        )
CHARLES LOCKETT, WARDEN,                )
                                        )
                        Respondent.     )


## <u>MOTION FOR ENLARGEMENT OF TIME</u>

Comes now the respondent, by counsel, and moves for an enlargement of time of 90 days

to respond to the petitioner's Writ of Habeas Corpus.

In support of this motion, the respondent advises the Court as follows:

1.      The respondent's return (response) is currently due on or before May 30, 2012.

2.      This motion is not made for any purpose of delay but only to allow sufficient time

for the counsel for respondent to consult with the United States Attorney's Office from the

district in which the petitioner's conviction was obtained, ascertain the facts and to prepare and

submit, in coordination with the United States Attorney's Office from the district in which the

conviction and sentence was obtained and entered, a full, complete and appropriate response.

3.      The petitioner's counsel has been contacted and said counsel has advised the

undersigned that said counsel does not object to the enlargement of time sought by the

respondent.  Petitioner's counsel additionally advised that they will likely seek an enlargement

of time of ninety (90) days to reply to the respondent's return (response) and counsel for the

respondent advises the Court that the respondent has no objection to such an enlargement of time

(if requested).

WHEREFORE, the respondent respectfully prays that he be granted up to and including

August 28, 2012, to respond to the petitioner's Writ of Habeas Corpus.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney


By: s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 2, 2012, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the following parties by operation of the Court's electronic

filing system. Parties may access this filing through the Court's system.

Eric K. Koselke
Attorney at Law
6202 N College
Indianapolis, IN 46220
ekoselke@wkelaw.com


I hereby certify that on May 2, 2012, a copy of the foregoing was mailed, by first class

U.S. Mail, postage prepaid and properly addressed to the following:

Kristen E. Schubert
Steven J. Wells
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498


                                                s/Gerald A. Coraz
                                                Gerald A. Coraz
                                                Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333