UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER ,      )
       )
      Petitioner,      )
       )
      v.      )      CAUSE NO. 2:12-cv-086-WTL-WGH
       )
CHARLES LOCKETT, WARDEN,      )
       )
      Respondent.      )

O R D E R

This matter having come before the Court on the respondent's motion for enlargement of

time, said motion being in the following words and figures, to-wit:

[H.I.]

And the Court, being duly advised in the premises, now GRANTS the motion for

enlargement of time.

The respondent shall have up to and including August 28, 2012, to respond to the

petitioner's Writ of Habeas Corpus.

So ORDERED.

DATED: _____

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DISTRIBUTION:

Gerald A. Coraz, AUSA
United States Attorneys Office
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Eric K. Koselke
Attorney at Law
6202 N College
Indianapolis, IN 46220
ekoselke@wkelaw.com

Kristen E. Schubert
Steven J. Wells
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498