# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

BRUCE CARNEIL WEBSTER, )
)
                  Petitioner, )
vs. )        2:12-cv-86-WTL-WGH
)
CHARLES LOCKETT, )
)
                Respondent. )

## E N T R Y

       This is an action in which Bruce Webster, a federal inmate, seeks a writ of habeas corpus. The Supreme Court has emphasized that habeas corpus proceedings are intended to provide "swift, flexible, and summary determination[s]." *Browder v. Director, Dept. of Corrections,* 434 U.S. 257, 271 (1978); see also *Post v. Gilmore,* 111 F.3d 556, 557 (7th Cir. 1997) ("Liberty's priority over compensation is why 28 U.S.C. § 1657 specifies that requests for collateral relief go to the head of the queue. . . .").

       The court acknowledges that this action has just recently been filed and that it will take some time for the briefing to be completed. Nonetheless, a single extension of time in excess of 60 days for that purpose is not warranted. Accordingly, the respondent's motion for extension of time [13] is **granted in part and denied in part**, such that the respondent shall have **through July 10, 2012**, in which to show cause why the relief sought by the petitioner shall not be granted.

       **IT IS SO ORDERED.**

Date: 05/09/2012

                                        Hon. William T. Lawrence, Judge
                                        United States District Court
**Distribution:**                                       Southern District of Indiana

**All electronically registered counsel**