UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

        vs.                       CAUSE NO. 2:12-cv-086-WTL-WGH

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

        Respondent.

## **ORDER**

This matter having come before the Court on the Petitioner's Motion for Enlargement of Time, this Court, having considered the above action and matters which are pending, makes the following rulings:

1.     The Petitioner's Motion for Enlargement of Time [DOCKET NO] is granted;

2.     Respondent shall have up to and through September 29, 2012 to Reply to Respondent's Return to Order to Show Cause.

     IT IS SO ORDERED.

Date: _____   _____

                                     Hon. William T. Lawrence, Judge
                                     United States District Court
                                     Southern District of Indiana

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

Eric K. Koselke
Attorney at Law
6202 North College
Indianapolis, IN  46220
ekoselke@wkelaw.com

Date: August 16, 2012                        /s/  Kirsten E. Schubert
                                                         Kirsten E. Schubert
                                                         DORSEY & WHITNEY LLP
                                                         Suite 1500, 50 South Sixth Street
                                                         Minneapolis, MN 55402-1498
                                                         Telephone:  (612) 340-2600
                                                         Facsimile:  (612) 340-2868

-2-