UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                    CAUSE NO. 2:12-cv-086-WTL-WGH

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

Respondent.

**AMENDED MOTION FOR ENLARGEMENT OF TIME**

Petitioner, through its undersigned counsel, moves for an enlargement of time to

reply to Respondent's Return to Order to Show Cause until September 28, 2012.

In support of this motion, the Petitioner states as follows:

1.      The Petitioner submitted his Petition to this Court on April 6, 2012;

2.      On April 19, 2012, this Court entered an Entry and Order to Show Cause

requiring the Respondent to answer the allegations by May 30, 2012, and giving the

Petitioner 30 days to reply to the Respondent's submission;

3.      On May 2, 2012, the Respondent submitted a Motion for Enlargement of

Time to August 28, 2012 to respond to the Petition;

4.      The Court entered an Order granting in part and denying in part the

Respondent's Motion, and requiring Respondent to respond to the Petition by July 10,

2012;

5. On July 3, 2012, the Respondent submitted a second Motion for Extension of Time to August 9, 2012;

6. On July 8, 2012, the Court granted the Respondent's Motion, requiring Respondent to answer by August 9, 2012;

7. On August 7, 2012, the Respondent submitted its Return to Order to Show Cause;

8. Under the Court's current scheduling order, Petitioner's Reply would be due September 7, 2012;

9. In total, Respondent was given 110 days from the date the Show Cause Order was entered until the Return to Order to show Cause was filed and served;

10. Petitioner now moves this Court for an order extending the time by which Petitioner is permitted to submit his Reply by 21 days, to September 28, 2012;

11. This Motion is made not for the purpose of causing delay, but so that Petitioner can make a fulsome and reasoned Reply to the Respondent's Return to Order to Show Cause, which raises numerous legal and factual issues.

12. An additional 21 days will allow counsel for Petitioner to prepare a Reply in this serious case that addresses the many issues raised by Respondent, without causing undue delay.

13. Respondent has advised Petitioner that it would not object to Petitioner's request for an extension of time.

Dated:  August 16, 2012    DORSEY & WHITNEY LLP

By /s/  Kirsten E. Schubert
    Steven J. Wells
    *Admitted pro hac vice*
    Kirsten E. Schubert
    *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

    Eric K. Koselke, # 5593-54
6202 N. College Avenue
Indianapolis, IN 46220
Telephone:  (317) 722-2591
Facsimile:  (317) 257-5300

*Attorneys for Petitioner Bruce Webster*

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

Eric K. Koselke
Attorney at Law
6202 North College
Indianapolis, IN 46220
ekoselke@wkelaw.com

Date: August 16, 2012

/s/ Kirsten E. Schubert
Kirsten E. Schubert
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868