**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**


BRUCE CARNEIL WEBSTER,            )
                                  )
                    Petitioner,   )
                                  )
vs.                               )            2:12-cv-086-WTL-WGH
                                  )
CHARLES LOCKETT, Warden,          )
                                  )
                    Respondent.   )


### E N T R Y

The petitioner's amended motion for extension of time [19] is **granted.** The petitioner shall have **through September 28, 2012,** in which to file his reply.

The petitioner's motion for extension of time [18] is **denied as moot.**

**IT IS SO ORDERED.**

Date: 08/20/2012

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**All electronically registered counsel**