UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

        vs.                                  CAUSE NO. 2:12-cv-086-WTL-WGH

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

        Respondent.

## **<u>MOTION FOR ENLARGEMENT OF TIME</u>**

Petitioner, through its undersigned counsel, moves for a second extension of time

to reply to Respondent's Return to Order to Show Cause until October 12, 2012.

In support of this motion, the Petitioner states as follows:

1.      The Petitioner submitted his Petition to this Court on April 6, 2012.

2.      On April 19, 2012, this Court entered an Entry and Order to Show Cause

requiring the Respondent to answer the allegations by May 30, 2012, and giving the

Petitioner 30 days to reply to the Respondent's submission.

3.      On May 2, 2012, the Respondent submitted a Motion for Enlargement of

Time to August 28, 2012 to respond to the Petition.

4.      The Court entered an Order granting in part and denying in part the

Respondent's Motion, and requiring Respondent to respond to the Petition by July 10,

2012.

5. On July 3, 2012, the Respondent submitted a second Motion for Extension of Time to August 9, 2012.

6. On July 8, 2012, the Court granted the Respondent's Motion, requiring Respondent to answer by August 9, 2012.

7. On August 7, 2012, the Respondent submitted its Return to Order to Show Cause.

8. On August 16, 2012, Petitioner moved for an extension of time to file its Reply to Respondent's Return to Order to Show Cause to September 28, 2012.

9. On August 20, 2012, the Court granted Petitioner's Motion, requiring Petitioner to submit its Reply by September 28, 2012.

10. Petitioner now moves this Court for an order extending the time by which Petitioner is permitted to submit his Reply by an additional 14 days, to October 12, 2012.

11. Respondent was granted two extensions in the time to respond to the Order to Show Cause, for a total extension of 71 days.

12. In total, Petitioner has requested an additional 35 days to submit his Reply.

13. This Motion is made not for the purpose of causing delay, but so that Petitioner can make a fulsome and reasoned Reply to the Respondent's Return to Order to Show Cause, which raises numerous legal and factual issues. Counsel for Petitioner faces pressing deadlines in other cases, including the close of discovery on September 27 in a large commercial case, multiple briefing deadlines, and a busy trial schedule.

14.     An additional 14 days will allow counsel for Petitioner to prepare a Reply in this serious case that addresses the many issues raised by Respondent, without causing undue delay.

15.     Respondent has advised Petitioner that it would not object to Petitioner's request for an extension of time.


Dated:  September 20, 2012                     DORSEY & WHITNEY LLP


                                               By  /s/  Kirsten E. Schubert
                                                   Steven J. Wells
                                                   *Admitted pro hac vice*
                                                   Kirsten E. Schubert
                                                   *Admitted pro hac vice*
                                               Suite 1500, 50 South Sixth Street
                                               Minneapolis, MN 55402-1498
                                               Telephone:  (612) 340-2600
                                               Facsimile:  (612) 340-2868

                                                   Eric K. Koselke, # 5593-54
                                               6202 N. College Avenue
                                               Indianapolis, IN 46220
                                               Telephone:  (317) 722-2591
                                               Facsimile:  (317) 257-5300

                                               *Attorneys for Petitioner Bruce Webster*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

Date: September 20, 2012

/s/ Kirsten E. Schubert
Kirsten E. Schubert
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868