UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER, )
)
Petitioner, )
)
v. ) Cause No. 2:12-CR-0086 WTL-WGH
) Judge William Lawrence
CHARLES L. LOCKETT, WARDEN, )
UNITED STATES PENITENTIARY, )
TERRE HAUTE (USP), )
)
Respondent . )

**AFFIDAVIT OF KIRSTEN E. SCHUBERT IN SUPPORT OF PETITIONER'S
REPLY TO RESPONDENT'S RETURN TO ORDER TO SHOW CAUSE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

KIRSTEN E. SCHUBERT, being first duly sworn, deposes and states as follows:

1. I am an attorney at the law firm of Dorsey & Whitney LLP, attorneys for

Petitioner Bruce Carneil Webster. I submit this Affidavit in support of Petitioner's Reply to

Respondent's Return to Order to Show Cause.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Ronald L.

Rodgers, United States Department of Justice Pardon Attorney, to Philip Wischkaemper, Esq.,

that was maintained in Bruce Webster's legal file.

Dated: ___October 12, 2012_____        _s/Kirsten E. Schubert_____
                                             Kirsten E. Schubert


Subscribed and sworn to before me
this _12th_ day of _October____, 2012.


_s/Dianna L. Breymeier_____
              Notary Public

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

Eric K. Koselke
Attorney at Law
6202 North College
Indianapolis, IN  46220
ekoselke@wkelaw.com

Date: October 12, 2012

 s/Kirsten E. Schubert
Kirsten E. Schubert
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868