

**U.S. Department of Justice**

Pardon Attorney

_Washington, D.C. 20530_

**JUN 2 4 2008**

Philip Wischkaemper, Esquire
915 Texas Avenue
Lubbock, Texas 79401

Dear Mr. Wischkaemper:

  This acknowledges receipt of your letter postmarked June 16, 2008, providing notice of your intent to withdraw the petition for commutation of sentence filed on behalf of Bruce Carniel Webster on January 4, 2007. Mr. Webster's case file has been closed without action by the President.

            Sincerely,

            Ronald L. Rodgers
            Pardon Attorney

EXHIBIT A