# LeRoux Declaration Ex. A

03/04/1996  23:50    8173353500                    LARRY MOORE ATTORNEY                    PAGE  01

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 76102

BOARD CERTIFIED-CRIMINAL LAW                                    OFFICE:  (817) 338-4800
TEXAS BOARD OF LEGAL SPECIALIZATION                             FAX NO: (817) 335-3500

---

# FAX TRANSMITTAL SHEET



DATE: __35-96__     FAX NO. ( 5O1 ) __535.5381__

TO: __Mr. Hal West, SS Admin. Office__

FROM: __Kim Whitehead, Paralegal__

RE: __Bruce Webster__

PAGES (INCLUDING COVER SHEET): __4__

comments: _____

_____

_____

_____

THE INFORMATION CONTAINED IN AND TRANSMITTED IN THIS FACSIMILE IS ATTORNEY/CLIENT PRIVILEGE AND IT IS INTENDED FOR THE INDIVIDUAL OR ENTITY DESIGNATED ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF OR RELIANCE UPON THE INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS FACSIMILE BY OR TO ANYONE OTHER THAN THE RECIPIENT DESIGNATED IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU RECEIVE THIS FACSIMILE IN ERROR, PLEASE NOTIFY LARRY M. MOORE BY TELEPHONE (817) 338-4800 IMMEDIATELY. ANY FACSIMILE ERRONEOUSLY TRANSMITTED TO YOU SHOULD BE IMMEDIATELY RETURNED TO THE SENDER BY US MAIL, OR IF AUTHORIZATION IS GRANTED BY THE SENDER, DESTROYED.

PAGE ONE

---

**EXHIBIT A**

03/04/1996  23:50   8173353500                    LARRY MOORE ATTORNEY                    PAGE   02

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 76102

BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
STATE BAR OF TEXAS

February 29, 1996

TELEPHONE
(817) 338-4800
FAX (817) 335-3500

Mr. Hal West
Social Security Administration Office
Pine Bluff District Office

        RE:   BRUCE WEBSTER
               DOB    -73
               SS#    -9579    **REDACTED**

Dear Mr. West:

      Thank you for visiting with me regarding the above Defendant. As you requested I have enclosed a copy of a Business Records Authorization and Release and a Business Records Affidavit. It is my understanding that Mr. Webster applied for disability in 1992 and some testing was done. He did not receive any disability payments. For purposes of trial, we will need to obtain any information relating to his disability claim.

      Mr. J.W. Strickland, of L. Michael Connelley and Associates, will be in Pine Bluff on March 1st through 5th, 1996. He will have in his possession the original authorization signed by Mr. Webster for your files. The Business Records Affidavit will need to be filed out when Mr. Strickland picks up the records. This Affidavit will keep someone from your office from having to come to Fort Worth to testify that these records are true and correct copies of the records in your files.

      Please contact me if you have any questions, or if you require anything further in this regard.

                        Sincerely,

                        KIMBERLY J. WHITEHEAD,
                        Legal Assistant to Larry M. Moore

kw/
Faxed
Enclosures

03/04/1996  23:50    8173353500          LARRY MOORE ATTORNEY                    PAGE  03

## BUSINESS RECORDS AUTHORIZATION & RELEASE

TO:  Mr. Hal West                                    DATE: _8/3/96_
     U.S. Social Security Administration
     Pine Bluff District Office

**REDACTED**

I, BRUCE C. WEBSTER, (SSN:     -9579, DOB.    -73 B/M) hereby request and authorize you to furnish to LARRY M. MOORE, Attorney at Law, or any representative thereof, any and all information and records that you may have in your possession concerning BRUCE C. WEBSTER, with respect to any applications for benefits made for, or on behalf, of BRUCE C. WEBSTER; any testing or examinations of any kind or character done in connection with such applications for benefits; any review eligibility for benefits that may have been done; any benefits approved or disapproved in regard to such applications; and any and all other records of any kind and character that may have been obtained in connection with any application for benefits made by, or on behalf of, this individual; or any other records in your possession pertaining to this individual. I further hereby authorize and request that you discuss any and all such matters with LARRY M. MOORE, my attorney, or any of his representatives.

A photostat copy of this authorization shall be considered as effective and valid as the original.

_____
Bruce C. Webster, Affiant

_____
Address

_____
Witness

03/04/1996   23:50   8173353500                 LARRY MOORE ATTORNEY                    PAGE   04

NO._____

STATE OF TEXAS                                    *

   v.                                            *

BRUCE C. WEBSTER                                 *

## BUSINESS RECORDS AFFIDAVIT

Before   me,   the   undersigned   authority,   on   this   day   personally   appeared
_____, who, being by me duly sown, deposed and  said as follows:

My name is _____; I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am currently employed in the position of _____ for the U.S. Social Security administration Office in Pine Bluff, Ark.   Among my duties in regard to my employment, I am the custodian of the records for the U.S. Social Security Administration Office In Pine Bluff, Ark.   Attached to this affidavit are _____ pages of records from U.S. Social security Administration Office in Pine Bluff, Ark.   These records are kept by the U.S. Social Security Administration Office in Pine Bluff, Ark. In the regular course of business; and it was the regular course of business of the U.S. Social Security administration Office in Pine Bluff, Ark., for an employee or representative of the U.S .Social Security administration Office in Pine Bluff, Ark., with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.   The attached records hereto are the original records or exact duplicates of the original records as they appear in the files of the U.S. Social Security Administration Office in Pine Bluff, Ark.  .

_____
Affiant

SWORN and SUBSCRIBED TO BEFORE ME, on this the _____ day of March, 1996.

_____
Notary Public, State of Arkansas
Notary's Printed Name: _____