LeRoux Declaration Ex. C



**DORSEY & WHITNEY LLP**

GRETCHEN A. AGEE
(612) 492-6741
FAX (612) 395-5460
AGEE.GRETCHEN@DORSEY.COM

December 15, 2008

Social Security Administration
3511 Market Street
Pine Bluff, AR 71601

     Re:    Bruce Webster
           DOB:    73
           SS#:    9579    **REDACTED**

Dear Records Administrator:

     I am writing to request any and all records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

     Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

     Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

              Sincerely,

              *Gretchen a. Agee*

              Gretchen A. Agee

GAA:kjs
Enclosure

cc:    Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA

4851-4041-4979\1

**EXHIBIT C**

December 15, 2008
Page 2

bcc:     Kristen LeRoux

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

## TO:  Social Security Administration

**REDACTED**

BRUCE WEBSTER _____ 73 _____ -9579 _____
Name                          Date of Birth      Social Security Number

I authorize the Social Security Administration to release information or records about me to:

|  NAME  |  ADDRESS  |
| --- | --- |
| GRETCHEN AGEE | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET #1500 |
| | MINNEAPOLIS, MN 55402 |

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX ___ Social Security Number
XX ___ Identifying information (includes date and place of birth, parents' names)
XX ___ Monthly Social Security benefit amount
XX ___ Monthly Supplemental Security Income payment amount
XX ___ Information about benefits/payments I received from ANY TIME to _____
XX ___ Information about my Medicare claim/coverage from ANY TIME to _____
         (specify) _____
XX ___ Medical records
XX ___ Record(s) from my file (specify) ANY AND ALL _____

_____ Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12 - 10 - 08 _____  Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)