# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, a copy of the foregoing, PETITIONER-

APPELLANT'S PROPOSED JOINT DESIGNATION OF ADDITIONAL ITEMS FOR THE

RECORD ON APPEAL, was served on counsel for Respondent by electronic mail to the email

address set forth below:

Gerald A. Coraz
gerald.coraz@usdoj.gov

I further certify that on January 9, 2014, a copy of the foregoing, PETITIONER-

APPELLANT'S PROPOSED JOINT DESIGNATION OF ADDITIONAL ITEMS FOR THE

RECORD ON APPEAL, was mailed, by first-class U.S. Mail, postage prepaid and properly

addressed to the following:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048


Dated: January 9, 2014                          By:s/Kirsten E. Schubert
                                                Kirsten E. Schubert (admitted *pro hac vice*)