# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 9, 2014

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 14-1049

Caption:
BRUCE WEBSTER,
Petitioner - Appellant

v.

JOHN F. CARAWAY, Warden,
Respondent - Appellee

---

District Court No: 2:12-cv-00086-WTL-WGH
Clerk/Agency Rep Laura Briggs
Court Reporter Cathy Jones
District Judge William Lawrence

Date NOA filed in District Court: 01/09/2014

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)