BRUCE CARNEIL WEBSTER,    )
    )
    Petitioner,    )
    )
    vs.    )    Cause No. 2:12-cv-0086-WTL-WGH
    )
CHARLES L. LOCKETT, Warden,    )    Hon. William T. Lawrence
United States Penitentiary,    )
Terre Haute (USP),    )
    Respondent.  )

## <u>JOINT DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL</u>
## <u>THIS IS A DEATH PENALTY CASE</u>

Pursuant to Federal Rule of Appellate Procedure 10(a), Circuit Rule 10(a), and Local

Rule 76-1, counsel for Petitioner-Appellant Bruce Carneil Webster requests that the entire record

of proceedings in the district court be designated and transmitted as the record on appeal in the

above-captioned matter, which has been docketed in the Seventh Circuit as *Webster v. Caraway*,

No. 14-1049. Counsel for Petitioner-Appellant has conferred with counsel for Respondent-

Appellee, who has agreed to this designation.


Dated: January 23, 2014

By: s/Kirsten E. Schubert_____
Steven J. Wells (admitted *pro hac vice*)
(COUNSEL OF RECORD)
Kirsten E. Schubert (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Eric K. Koselke, # 5593-54
6202 N. College Avenue
Indianapolis, IN 46220
Telephone: (317) 722-2591
Facsimile: (317) 257-5300

*Attorneys for Petitioner Bruce Webster*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2014, a copy of the foregoing JOINT

DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL was filed electronically.  Notice

of this filing will be sent to the following parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
Email: gerald.coraz@usdoj.gov

Eric K. Koselke
Attorney at Law
6202 North College
Indianapolis, IN  46220
ekoselke@wkelaw.com

Dated: January 23, 2014                     DORSEY & WHITNEY LLP

By s/Kirsten E. Schubert_____
Kirsten E. Schubert
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868