# United States District Court
## Southern District of Indiana
**Laura A. Briggs**
Clerk of the Court

**105 U.S. Courthouse**
**46 East Ohio Street**
**Indianapolis, Indiana**
**46204**

**101 Northwest MLK Boulevard**
**Evansville, Indiana**
**47708**

**104 U.S. Courthouse**
**921 Ohio Street**
**Terre Haute, IN**
**47807**

**210 U.S. Courthouse**
**121 West Spring Street**
**New Albany, IN**
**47150**

**\*reply to NA division\***

January 30, 2014

Eric K. Koselke
141 East Washington Street
Suite 200
Indianapolis, IN  46204

Kirsten E. Schubert
Steven J. Wells
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN  55402-1498

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN  46204-3048

>       RE:    Bruce Carneil Webster v. Charles Lockett
>              USCA  No. 14-1049
>              USDC  No. 2:12-cv-86-WTL-WGH

Counsel of Record:

      Attached to this docket entry please find the long record in the above referenced case, sent per the Entry Directing Further Proceedings dated 1/30/2014.  The record consists of:

      1  File of Pleadings
      2  Files Oversized Document (Doc 3)


                   Sincerely,


                   Laura Briggs, Clerk

                   BY: _Janet Mathews_
                   Deputy Clerk, U. S. District Court