UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER, )
)
Petitioner, )
)
v. ) CAUSE NO. 2:12-CV-086-WTL-WGH
)
CHARLES A. DANIELS, Warden, )
)
Respondent. )

## MOTION TO SUBSTITUTE COUNSEL

The United States Attorney, Josh J. Minkler, by Wes Hendrix, Special Assistant United

States Attorney, respectfully moves to substitute his appearance for that of Assistant United States

Attorney Gerald A. Coraz, on behalf of the Respondent.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By:    *s/ Wes Hendrix*
Wes Hendrix
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on September 29, 2015, a copy of the foregoing **Motion to Substitute Appearance** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system: Erick Koselke, Kirsten E. Schubert, and Steven J. Wells. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Bruce Carneil Webster, Register No. 26177-077, USP Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808.

> *s/ Wes Hendrix*
> Wes Hendrix
> Special Assistant United States Attorney
> Office of the United States Attorney
> 10 West Market Street
> Indianapolis, IN 46204-3048