UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,     )
         )
     Petitioner,     )
         )
     v.     )     CAUSE NO. 2:12-CV-086-WTL-WGH
         )
CHARLES A. DANIELS, Warden,     )
         )
     Respondent.     )

## ORDER

This matter is before the Court on the Motion of United States to substitute the Appearance of SAUSA Wes Hendrix on behalf of Respondent.

And the Court, having considered the Motion and being duly advised in the premises now finds that the Motion should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED that SAUSA Hendrix's appearance shall be entered as counsel of record for the Respondent, and that AUSA Gerald A. Coraz's appearance shall be, and hereby is, terminated.

     **IT IS SO ORDERED**.

Date: _____     _____
     Judge William T. Lawrence
     United States District Court
     Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Bruce Carneil Webster
Register No. 26177-077
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808