UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION


BRUCE CARNEIL WEBSTER,     )
     )
     Petitioner,     )
     )
     V.     )     CAUSE NO. 2:12-cv-00086-WTL-WGH
     )
CHARLES LOCKETT,     )
     )
     Respondent.     )

## **APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Winfield D. Ong, Assistant United States Attorney for the Southern District of Indiana, and

enters his appearance as counsel for the Respondent.


Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:   s/ Winfield D. Ong
     Winfield D. Ong
     Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2015, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eric K. Koselke
141 East Washington Street
Suite 200
Indianapolis, IN 46204
(317)722-2591
Fax: (317)920-9726
Email: ekoselke@wkelaw.com

Kirsten E. Schubert
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
612-492-6755
Fax: 612-340-8800
Email: schubert.kirsten@dorsey.com
PRO HAC VICE

Steven J. Wells
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
612-340-7809
Fax: 952-516-5526
Email: wells.steve@dorsey.com
PRO HAC VICE

By:    s/ Winfield D. Ong
       Winfield D. Ong
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market Street, Suite 2100
       Indianapolis, IN 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       Email: Winfield.Ong@usdoj.gov