**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BRUCE CARNEIL WEBSTER, )
)
              Petitioner, )
   vs. )    2:12-cv-86-WTL-WGH
)
CHARLES LOCKETT, )
)
              Respondent. )

## ENTRY DISCUSSING SELECTED MATTERS

**I.**

The Clerk of the Court is directed to reopen this case.

**II.**

The motion to substitute attorney (Dkt. No. 46) is **GRANTED.** Wes Hendrix's appearance shall be shown on the docket, and the appearance of Mr. Coraz is terminated.

SO ORDERED: 10/5/15

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.