**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:12-cv-86-WTL-WGH |
| | ) | |
| CHARLES LOCKETT, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY DIRECTING FURTHER PROCEEDINGS**

The United States Court of Appeals for the Seventh Circuit has remanded this case for further proceedings. In accordance with Local Rule 16-2, parties shall file their position statements within 21 days. That period shall run from the docketing of this Entry. The parties are encouraged to file a joint statement, setting forth the items on which there is agreement and noting their respective positions as to items on which there is no agreement.

SO ORDERED: 10/5/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.