**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| BRUCE WEBSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:12-CV-86-WTL-WGH |
| | ) |
| | ) |
| CHARLES LOCKETT, | ) |
| | ) |
| Respondent. | ) |

## <u>APPEARANCE</u>

TO: CLERK OF COURT

Please enter the appearance of Monica Foster, Indiana Federal Community

Defenders, Inc., as attorney for the Plaintiff.

Dated: October 8, 2015

> */S/ Monica Foster*
> Monica Foster
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Ste. 2150
> Indianapolis, IN 46204
> (317) 383-3520
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */S/ Monica Foster*
> Monica Foster