UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DAVID B. MALLERNEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:15-cv-00050-JMS-WGH |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now

**AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff David

B. Mallernee, and in favor of Defendant, such that Mr. Mallernee shall take nothing by way of his

Complaint.

<u>Date</u>:  October 22, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court


**Distribution via US Mail:**

DAVID B. MALLERNEE
2820 S. 13th 1/2th Street
Terre Haute, IN 47802

**Electronic Distribution via CM/ECF:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov