UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

        vs.                              CAUSE NO. 2:12-cv-00086-WTL-WGH

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

        Respondent.

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

Petitioner, through its undersigned counsel, moves for an enlargement of time to file the Rule 16-2 position statement, until November 10, 2015.

In support of this motion, the Petitioner states as follows:

1.      On October 5, 2015, this Court issued an Entry Directing Further Proceedings, which was docketed on October 6, 2015, requiring the parties to file their position statements, in accordance with Local Rule 16-2, within 21 days of the docketing of the Entry. The Court further provided that the "parties are encouraged to file a joint statement, setting forth the items on which there is agreement and noting their respective positions as to items on which there is no agreement."

2.      Petitioner now moves this Court for an order extending the time within which the parties are required to file their position statements by 14 days, to November 10, 2015.

3. This Motion is made not for the purpose of causing delay. An additional 14 days give the parties sufficient time to develop their respective positions, confer regarding their positions, and file a joint statement as contemplated by the order, without causing undue delay.

4. Counsel for Petitioner has conferred with counsel for Respondent. Respondent has advised Petitioner that it does not object to Petitioner's request for an extension of time.

Respectfully submitted,

Dated: October 22, 2015     DORSEY & WHITNEY LLP


By  *s/ Kirsten E. Schubert*
    Steven J. Wells
    *Admitted pro hac vice*
    Kirsten E. Schubert
    *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY
DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3525

*Attorneys for Petitioner*
*Bruce Carneil Webster*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015, a copy of the foregoing **Motion for Enlargement of Time** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

_s/ Kirsten E. Schubert_
Kirsten E. Schubert

DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868