UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

vs.                      CAUSE NO. 2:12-cv-00086-WTL-WGH

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

        Respondent.

## <u>ORDER</u>

This matter having come before the Court on the Petitioner's Motion for Enlargement of Time, this Court, having considered the above action and matters which are pending, makes the following rulings:

1.      The Petitioner's Motion for Enlargement of Time [DOCKET NO] is GRANTED; and

2.      The parties shall have up to and through November 10, 2015, to file the Rule 16-2 position statement.

IT IS SO ORDERED.

Dated: _____

_____
Honorable William T. Lawrence
United States District Court
Southern District of Indiana

-2-

DISTRIBUTION LIST:

To all registered counsel by CM/ECF, as follows:

- **Monica Foster**
  INDIANA FEDERAL COMMUNITY DEFENDERS
  monica_foster@fd.org,monicafoster@mac.com,judy.poling@fd.org,shirlena.lange@fd.org,pam.early@fd.org

- **James Wesley Hendrix**
  UNITED STATES ATTORNEY'S OFFICE
  wes.hendrix@usdoj.gov,celeste.armistead@usdoj.gov,paula.a.smith@usdoj.gov

- **Winfield D. Ong**
  UNITED STATES ATTORNEY'S OFFICE
  winfield.ong@usdoj.gov,USAINS.ECF-criminal@usdoj.gov,dana.jacobs@usdoj.gov,justin.ogden@usdoj.gov,USAINS.ECF-AF@usdoj.gov

- **Kirsten E. Schubert**
  DORSEY & WHITNEY LLP
  schubert.kirsten@dorsey.com,hilgers.sheri@dorsey.com

- **Steven J. Wells**
  DORSEY & WHITNEY LLP
  wells.steve@dorsey.com