# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER, )
           )
           Petitioner, )
vs.            )      Cause No. 2:12-cv-86-WTL-WGH
           )
CHARLES LOCKETT, )
           )
           Respondent. )

## ENTRY REGARDING STATUS CONFERENCE

The above cause is set for a telephonic status conference on **Friday, January 15, 2016, at 10 a.m. E.S.T.** to discuss the issues raised by the Rule 16-2 Statement of Position of the Parties (Dkt. No. 55). The parties also should be prepared to establish scheduling, including a date for an in-person Rule 16 conference, and discuss any necessary further briefing. Counsel shall call 317-229-3610 at the designated time.

SO ORDERED: 11/13/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.