| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CAUSE NO. 2:12-CV-00086 |
| v. | ) | |
| | ) | |
| CHARLES L. LOCKETT, WARDEN, | ) | |
| UNITED STATES PENITENTIARY, | ) | |
| TERRE HAUTE (USP), | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONER'S UNOPPOSED MOTION TO RE-SET TELEPHONIC STATUS CONFERENCE

Petitioner Bruce Carneil Webster, through his undersigned counsel, moves the court to re-set the telephonic status conference set for Friday, January 15, 2016 at 10 a.m. E.S.T.

In support of this Motion, the Petitioner states as follows:

1. On November 13, 2015, this Court issued an Order setting a telephonic status conference on Friday, January 15, 2016 at 10 a.m. E.S.T. to discuss the issues raised by the Rule 16-2 Statement of Position of the Parties and to establish scheduling, including a date for an in-person Rule 16 conference, and to discuss any necessary further briefing. (The "Order", Dkt. No. 56.)

2. Local co-counsel for Petitioner, Monica Foster, will be out of the country on January 15, 2016 and unable to participate in a status conference on the scheduled date.

3. Petitioner therefore moves this Court for an Order re-setting the telephonic status conference to a date on which Ms. Foster is able to participate.

4. This Motion is not made for the purpose of causing delay. Re-setting the telephonic status conference will permit counsel for Petitioner to fully address any and all issues raised during the status conference. Petitioner intends for Ms. Foster to take an active role in this

matter, and therefore it is important that she be able to participate in this status conference.  In particular, Ms. Foster's participation will be of special importance to setting a date for an in-person Rule 16 conference, establishing further scheduling, and discussing any necessary further briefing, as set forth in the Order.

5.    Counsel for Petitioner has conferred with counsel for Respondent regarding this Motion.  Respondent's counsel has advised that Respondent does not oppose the Motion.

6.    Counsel for both parties would be available for a status conference on any of the following dates:  Tuesday, January 26 (before 4 p.m. E.S.T.); Monday, February 8; Tuesday, February 9; or Thursday, February 11.


Dated:  January 7, 2016

Respectfully submitted,

DORSEY & WHITNEY LLP


By:  s/Kirsten E. Schubert_____
      Steven J. Wells
      *Admitted pro hac vice*
      Kirsten E. Schubert
      *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY
DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3525

*Attorneys for Petitioner*
*Bruce Carneil Webster*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, a copy of the foregoing **Motion to Re-Set Telephonic Status Conference** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

s/Kirsten E. Schubert_____

Kirsten E. Schubert

DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868