UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,          )
                                )
        Petitioner,             )
                                )
    v.                          )         CAUSE NO. 2:12-CV-00086
                                )
CHARLES L. LOCKETT, WARDEN,     )
UNITED STATES PENITENTIARY,     )
TERRE HAUTE (USP),              )
                                )
        Respondent.             )

## ORDER

This matter having come before the Court on the Petitioner's Motion to Re-Set

Telephonic Status Conference, this Court, having considered the above action and matters which

are pending, makes the following rulings:

1.      The Petitioner's Motion to Re-Set Telephonic Status Conference [DOCKET NO]

is GRANTED; and

2.      The telephonic status conference is re-set for [DATE] at [TIME].

IT IS SO ORDERED.


Dated: _____      _____

                                     Honorable William T. Lawrence
                                     United States District Court
                                     Southern District of Indiana

DISTRIBUTION LIST:

To all registered counsel by CM/ECF, as follows:

- **Monica Foster**
  INDIANA FEDERAL COMMUNITY DEFENDERS
  monica_foster@fd.org, monicafoster@mac.com, judy.poling@fd.org,
  shirlena.lange@fd.org, pam.early@fd.org

- **James Wesley Hendrix**
  UNITED STATES ATTORNEY'S OFFICE
  wes.hendrix@usdoj.gov, celeste.armistead@usdoj.gov, paula.a.smith@usdoj.gov

- **Winfield D. Ong**
  UNITED STATES ATTORNEY'S OFFICE
  winfield.ong@usdoj.gov, USAINS.ECFcriminal@usdoj.gov, dana.jacobs@usdoj.gov,
  justin.ogden@usdoj.gov, USAINS.ECFAF@usdoj.gov

- **Kirsten E. Schubert**
  DORSEY & WHITNEY LLP
  schubert.kirsten@dorsey.com, hilgers.sheri@dorsey.com

- **Steven J. Wells**
  DORSEY & WHITNEY LLP
  wells.steve@dorsey.com