UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER,<br><br>Petitioner,<br><br>v.<br><br>CHARLES L. LOCKETT, WARDEN,<br>UNITED STATES PENITENTIARY,<br>TERRE HAUTE (USP),<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 2:12-CV-86-WTL-WGH |

**ORDER**

This matter having come before the Court on the Petitioner's Motion to Re-Set Telephonic Status Conference, this Court, having considered the above action and matters which are pending, makes the following rulings:

1. The Petitioner's Motion to Re-Set Telephonic Status Conference [dkt. 57] is GRANTED; and

2. The telephonic status conference is re-set for February 11, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 1/11/16

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION LIST:

To all registered counsel by CM/ECF, as follows:

- **Monica Foster**
  INDIANA FEDERAL COMMUNITY DEFENDERS
  monica_foster@fd.org, monicafoster@mac.com, judy.poling@fd.org, shirlena.lange@fd.org, pam.early@fd.org

- **James Wesley Hendrix**
  UNITED STATES ATTORNEY'S OFFICE
  wes.hendrix@usdoj.gov, celeste.armistead@usdoj.gov, paula.a.smith@usdoj.gov

- **Winfield D. Ong**
  UNITED STATES ATTORNEY'S OFFICE
  winfield.ong@usdoj.gov, USAINS.ECFcriminal@usdoj.gov, dana.jacobs@usdoj.gov, justin.ogden@usdoj.gov, USAINS.ECFAF@usdoj.gov

- **Kirsten E. Schubert**
  DORSEY & WHITNEY LLP
  schubert.kirsten@dorsey.com, hilgers.sheri@dorsey.com

- **Steven J. Wells**
  DORSEY & WHITNEY LLP
  wells.steve@dorsey.com