UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,       )
                                       )
        Petitioner,          )
                                       )
     v.                  )       CAUSE NO. 2:12-CV-086-WTL-WGH
                                       )
CHARLES LOCKETT, Warden,      )
                                       )
        Respondent.     )

## <u>APPEARANCE</u>

Please enter the appearance of Timothy W. Funnell, Special Assistant United States

Attorney, as co-counsel for the Respondent.

                    Respectfully submitted,

                    JOSH J. MINKLER
                    UNITED STATES ATTORNEY

       By:    *s/ Timothy W. Funnell*
                    Timothy W. Funnell
                    Special Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 20, 2016, a copy of the foregoing **Appearance** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system: Kirsten E. Schubert, Monica Foster and Steven J. Wells. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Bruce Carneil Webster, Register No. 26177-077, USP Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808.

*s/ Timothy W. Funnell*
Timothy W. Funnell
Special Assistant United States Attorney
Office of the United States Attorney
10 West Market Street
Indianapolis, IN 46204-3048