UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:12-CV-086-WTL-WGH |
| | ) | |
| CHARLES LOCKETT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## **APPEARANCE**

Please enter the appearance of Jay Stevenson Weimer, Special Assistant United States

Attorney, as co-counsel for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By:     *s/ Jay Stevenson Weimer*
Jay Stevenson Weimer
Special Assistant United States Attorney

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on January 20, 2016, a copy of the foregoing **Appearance** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system: Kirsten E. Schubert, Monica Foster and Steven J. Wells. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Bruce Carneil Webster, Register No. 26177-077, USP Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808.

*s/ Jay Stevenson Weimer*
Jay Stevenson Weimer
Special Assistant United States Attorney
Office of the United States Attorney
10 West Market Street
Indianapolis, IN 46204-3048