**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **BRUCE CARNEIL WEBSTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Cause No. 2:12-cv-86-WTL-MJD** |
| | ) | |
| **CHARLES LOCKETT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ENTRY REGARDING STATUS CONFERENCE</u>

A telephonic status conference on this matter was held on February 11, 2016. Attorneys Steven Wells, Kirsten Schubert, and Monica Foster appeared for Bruce Webster. Attorneys Wes Hendrix and Winfield Ong appeared for Charles Lockett. The Court Reporter was Cathy Jones.

The Court determined that the proceedings will be bifurcated. The initial discovery and hearing will address the threshold issues of whether the Social Security records were unavailable to Webster and whether his trial counsel exercised due diligence. If necessary, the second part of the proceeding will turn to the merits to determine whether Webster is so intellectually disabled that he is categorically ineligible for the death penalty.

With regard to the threshold issues, Webster may seek to obtain discovery from the Social Security Administration ("SSA"). Subject to *United States ex rel. Touhy v. Ragen et al.*, 340 U.S. 462 (1951) and the relevant regulations promulgated by the SSA, Webster may seek depositions from two representatives of the SSA. Any additional depositions must be approved by the Court. The Court encourages counsel for the Respondent to facilitate Webster's efforts to obtain pertinent discovery from the SSA insofar as they are able. Counsel shall proceed without delay to conduct the relevant discovery from the SSA.

The Court ordered additional briefing on whether Webster may seek discovery from the United States Attorney's Office for the Northern District of Texas. Webster shall file his brief on this issue, including the types of discovery he seeks and the relevance to the issue at hand, by **February 26, 2016**. The Warden's reply shall be filed by **March 9, 2016**, and any response by Webster shall be filed by **March 14, 2016**.

SO ORDERED: 2/12/16

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.