UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                                    CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.


**DECLARATION OF KIRSTEN E. SCHUBERT IN SUPPORT OF PETITIONER'S REQUEST TO SEEK DISCOVERY FROM THE OFFICE OF THE UNITED STATES ATTORNEY**


I, Kirsten E. Schubert, declare as follows:

1.      I am an attorney at the law firm of Dorsey & Whitney LLP, counsel for Petitioner Bruce Carneil Webster in this matter.  I submit this Declaration in support of Petitioner's Request to Seek Discovery from the Office of the United States Attorney.

2.      As a courtesy for the Court, I attach hereto as Exhibit 1 a true and correct copy of the Supplemental Declaration of Kristen LeRoux, with Exhibits A-G, which was submitted to this Court in Support of Petitioner's Reply to Respondent's Return to Order to Show Cause on October 10, 2012 (Dkt. No. 25).

3.      As a courtesy for the Court, I attach hereto as Exhibit 2 a true and correct copy of the Declaration of Larry M. Moore, which was submitted to this Court in support of the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on March 23, 2012 (Dkt. No. 3-22).

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  February 26, 2016                    s/Kirsten E. Schubert

                                             _____

                                             Kirsten E. Schubert