# Exhibit 1
# to Declaration of
# Kirsten E. Schubert
# in Support of Petitioner's
# Request to Seek Discovery
# from the Office of the
# United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
-------------------------------------------------------
BRUCE CARNEIL WEBSTER,

                                    :

        Petitioner,

                                      :       CAUSE NO: 2:12-CV-0086-WTL-WGH

      vs.

                                      :

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,    :
TERRE HAUTE (USP),

                                      :

        Respondent.
-------------------------------------------------------

## SUPPLEMENTAL DECLARATION OF KRISTEN K. LEROUX IN SUPPORT OF PETITIONER'S REPLY TO RESPONDENT'S RETURN TO ORDER TO SHOW CAUSE

I, **Kristen K. LeRoux,** declare as follows:

1.     I am a former employee of Dorsey & Whitney LLP ("Dorsey"). I worked at Dorsey for nineteen (19) years from 1993 to 2012. From 1993 to 1996, I worked in an administrative department. From 1996 to 2006, I worked as a paralegal. From 2006 to 2012, I served as a paralegal manager and worked as a paralegal on the Bruce Webster case team.

2.     During the course of my work as a paralegal on the Bruce Webster case team, I reviewed Bruce Webster's trial and appellate case file sent by Mr. Webster's appellate attorneys to Dorsey. The records in Mr. Webster's case file, specifically a facsimile transmission to the Social Security Administration ("SSA") dated March 4, 1996, indicate that Mr. Webster's trial counsel requested his SSA records over sixteen

(16) years ago. A true and correct copy of the 1996 facsimile transmission to the SSA office is attached hereto as Exhibit A. The case file does not show that any records were produced nor does it show that any response or follow-up correspondence was ever received.

3.      In late October 2008, Dorsey attorneys asked me and my colleagues to collect SSA records for Bruce Webster.

4.      On October 27, 2008, Dorsey sent a letter to the SSA at 3511 Market Street, Pine Bluff, Arkansas 71601, requesting the release of all records pertaining to Bruce Webster. Dorsey enclosed an "Authorization For Release of Confidential Information and Records" signed by Mr. Webster with this request. True and correct copies of this request and the signed authorization form are attached hereto as Exhibit B.

5.      On December 4, 2008, one of my colleagues followed up with the SSA regarding Dorsey's written request by calling Logan Hamilton, Assistant District Manager of the Social Security Administration at Pine Bluff, who stated that a completed and signed Social Security Administration Form 3288 Consent for Release of Information would be necessary to release a copy of the requested records. Accordingly, Dorsey obtained Bruce Webster's signature on a Form 3288 Consent for Release of Information and sent the signed consent form to the SSA on December 15, 2008. True and correct copies of request for records and the enclosed consent form are attached hereto as Exhibit C.

6.      Dorsey received certain SSA records for Bruce Webster on February 9, 2009.

2

Case 2:12-cv-00086-JPH-MJD   Document 64-1   Filed 02/26/16   Page 4 of 44 PageID
Case 2:12-cv-00086-WTL-WGH   Document 25-1   Filed 10/12/12   Page 3 of 6   PageID #: 675
#: 3422

7.      Upon examining the SSA records provided for Bruce Webster, Dorsey determined that certain documents, including certain records enumerated in a "List of Exhibits," were missing from the records and that the file appeared to be incomplete.

8.      On October 8, 2009, Dorsey sent a request for additional records to the Pine Bluff, Arkansas, SSA office, along with copies of the December 15, 2008 letter requesting, and Mr. Webster's Consent for Release of Information dated December 12, 2008. A true and correct copy of this correspondence is attached hereto as Exhibit D. Specifically, Dorsey requested the documents that were listed on the "List of Exhibits" of Mr. Webster's Social Security records but which were not received on February 9, 2009.

9.      On October 15, 2009, I had a telephone conversation with a representative from the Pine Bluff, Arkansas, SSA office and was informed that normal procedures were not followed when the records received in February of 2009 were sent and that the person who copied and sent them had retired. The representative from the Pine Bluff SSA office stated that the SSA could not provide any more records in response to the request that was submitted. Reiterating that normal procedures were not followed when the records were sent in February 2009, the representative said that Mr. Webster should have been charged for the copies and that the request should have been sent to the SSA office in the state where Mr. Webster resides, regardless of his incarceration. The SSA representative explained that the person who had copied and sent Dorsey the records on February 9, 2009 had since retired, and the SSA representative noted that the SSA normally will not honor any request for "any and all" records.

3

10.     On October 22, 2009, the Pine Bluff, Arkansas, SSA office sent a letter to Dorsey denying the request for additional records, citing the following reasons:  (1) it was a "blanket request;"(2) the claimant was not living in the service area; and, (3) the consent was outdated.  A true and correct copy of this correspondence is attached hereto as Exhibit E.

11.     On November 23, 2009, Dorsey sent a request for additional records to the Terre Haute, Indiana, SSA office requesting those records that appeared to be missing from Mr. Webster's SSA file, including documents enumerated on the "List of Exhibits" of Bruce Webster's SSA records but which were not received on February 9, 2009. Dorsey also enclosed a newly-signed Consent for Release of Information, dated November 17, 2009.  True and correct copies of this correspondence  are attached hereto as Exhibit F.

12.     On December 4, 2009, I telephoned the Terre Haute, Indiana, SSA office and spoke to the representative assigned to Mr. Webster's request.   The representative informed me that they had mailed a formal written response to our request stating that there were no other records in Bruce Webster's file.  The representative also told me that the records that Dorsey specifically requested had been destroyed.  When I asked the representative whether the SSA kept any list of other people who had requested Bruce Webster's file, like a chain of custody, he explained that while the Social Security Administration had begun to track records requests electronically, any previous request for Mr. Webster's records would have predated that practice.

4

13.     On December 7, 2009, Dorsey received a letter from the Terre Haute, Indiana, SSA office stating Mr. Webster's folder had been destroyed.  A true and correct copy of this letter is attached as Exhibit G.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


|                           | s/Kristen K. LeRoux |
| Dated:  October 10, 2012  | Kristen K. LeRoux   |

5

# LeRoux Declaration Ex. A

Case 2:12-cv-00036-JRH-WJD   Document 64-1   Filed 02/26/16   Page 8 of 44   PageID
Case 2:12-cv-00036-WTL-WGH   Document 25-1   Filed 10/12/12   Page 29 of 8   PageID #: 680
#: 3426

03/04/1996  23:50    8173353500              LARRY MOORE ATTORNEY                PAGE  01

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 76102

BOARD CERTIFIED-CRIMINAL LAW                    OFFICE:  (817) 338-4800
TEXAS BOARD OF LEGAL SPECIALIZATION             FAX NO: (817) 335-3500

---

# FAX TRANSMITTAL SHEET



DATE: 3-5-96 _____ FAX NO. (501) 535-5381

TO: Mr. Hal West, SS Admin. Office

FROM: Kim Whitehead, Paralegal

RE: Bruce Webster

PAGES (INCLUDING COVER SHEET): 4

comments: _____

THE INFORMATION CONTAINED IN AND TRANSMITTED IN THIS FACSIMILE IS ATTORNEY/CLIENT PRIVILEGE AND IT IS INTENDED FOR THE INDIVIDUAL OR ENTITY DESIGNATED ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF OR RELIANCE UPON THE INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS FACSIMILE BY OR TO ANYONE OTHER THAN THE RECIPIENT DESIGNATED IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU RECEIVE THIS FACSIMILE IN ERROR, PLEASE NOTIFY LARRY M. MOORE BY TELEPHONE (817) 338-4800 IMMEDIATELY. ANY FACSIMILE ERRONEOUSLY TRANSMITTED TO YOU SHOULD BE IMMEDIATELY RETURNED TO THE SENDER BY US MAIL, OR IF AUTHORIZATION IS GRANTED BY THE SENDER, DESTROYED.

PAGE ONE

---

**EXHIBIT A**

S.App.562

03/04/1996  23:50    8173353500              LARRY MOORE ATTORNEY              PAGE  02

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 70102

BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION        February 29, 1996                    TELEPHONE
STATE BAR OF TEXAS                                                             (817) 388-4800
                                                                          FAX (817) 335-3500

Mr. Hal West
Social Security Administration Office
Pine Bluff District Office

                         RE:   BRUCE WEBSTER
                               DOB     -73
                               SS#      -9579     **REDACTED**

Dear Mr. West:

Thank you for visiting with me regarding the above Defendant. As you requested I have enclosed a copy of a Business Records Authorization and Release and a Business Records Affidavit.   It is my understanding that Mr. Webster applied for disability in 1992 and some testing was done.  He did not receive any disability payments.   For purposes of trial, we will need to obtain any information relating to his disability claim.

Mr. J.W. Strickland, of L. Michael Connelley and Associates, will be in Pine Bluff on March 1st through 5th, 1996.   He will have in his possession the original authorization signed by Mr. Webster for your files.   The Business Records Affidavit will need to be filed out when Mr. Strickland picks up the records.  This Affidavit will keep someone from your office from having to come to Fort Worth to testify that these records are true and correct copies of the records in your files.

Please contact me if you have any questions, or if you require anything further in this regard.

                                             Sincerely,

                                             *Kimberly Whitehead*

                                             KIMBERLY J. WHITEHEAD,
                                             Legal Assistant to Larry M. Moore

kw/
Faxed
Enclosures

S.App.563

03/04/1996  23:50  8173353500                LARRY MOORE ATTORNEY                PAGE  03

## BUSINESS RECORDS AUTHORIZATION & RELEASE

TO:  Mr. Hal West                                    DATE: _3/3/96_
     U.S. Social Security Administration
     Pine Bluff District Office

                                                         **REDACTED**

I, BRUCE C. WEBSTER, (SSN: ... -9579, DOB. -73 B/M) hereby request and authorize you to furnish to LARRY M. MOORE, Attorney at Law, or any representative thereof, any and all information and records that you may have in your possession concerning BRUCE C. WEBSTER, with respect to any applications for benefits made for, or on behalf, of BRUCE C. WEBSTER; any testing or examinations of any kind or character done in connection with such applications for benefits; any review eligibility for benefits that may have been done; any benefits approved or disapproved in regard to such applications; and any and all other records of any kind and character that may have been obtained in connection with any application for benefits made by, or on behalf of, this individual; or any other records in your possession pertaining to this individual. I further hereby authorize and request that you discuss any and all such matters with LARRY M. MOORE, my attorney, or any of his representatives.

A photostat copy of this authorization shall be considered as effective and valid as the original.

                              _Bruce Webster_
                              Bruce C. Webster, Affiant


                              _____
                              Address

_Larry M. Moore_
Witness / Alan Bartela

03/04/1996  23:50     8173353500              LARRY MOORE ATTORNEY                      PAGE  04

NO._____

STATE OF TEXAS                                    *

    V.                                            *

BRUCE C, WEBSTER                                  *

### BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared _____, who, being by me duly sown, deposed and said as follows:

My name is _____; I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am currently employed in the position of _____ for the U.S. Social Security administration Office in Pine Bluff, Ark. Among my duties in regard to my employment, I am the custodian of the records for the U.S. Social Security Administration Office In Pine Bluff, Ark. Attached to this affidavit are _____ pages of records from U.S. Social security Administration Office in Pine Bluff, Ark. These records are kept by the U.S. Social Security Administration Office in Pine Bluff, Ark. In the regular course of business; and it was the regular course of business of the U.S. Social Security administration Office in Pine Bluff, Ark., for an employee or representative of the U.S .Social Security administration Office in Pine Bluff, Ark., with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The attached records hereto are the original records or exact duplicates of the original records as they appear in the files of the U.S. Social Security Administration Office in Pine Bluff, Ark.



Affiant

SWORN and SUBSCRIBED TO BEFORE ME, on this the _____ day of March, 1996.



Notary Public, State of Arkansas
Notary's Printed Name: _____

# LeRoux Declaration Ex. B



**DORSEY**

DORSEY & WHITNEY LLP

KATHERINE E. SLAIKEU
Paralegal
(612) 492-6615
FAX (612) 340-2868
slaikeu.katherine@dorsey.com

October 27, 2008

Social Security Administration
3511 Market Street
Pine Bluff, AR 71601

Re:   Bruce Webster
      DOB        1973
      SSN:       9579     **REDACTED**

Dear Records Administrator:

Dorsey & Whitney LLP is representing Bruce Webster in a criminal proceeding. I am writing to request any and all records pertaining to Mr. Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

Sincerely,

Katherine E. Slaikeu

KES:kjs
Enclosure

cc:   Gretchen Agee, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA

4827-0056-8579\1

**EXHIBIT B**

S.App.567

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION AND RECORDS

To: Social Security Administration, 3511 Market Street, Pine Bluff, AR 71601

Date: 10/27/08

I, ___BRUCE CARNEIL WEBSTER_____, by this release or a copy and/or facsimile thereof, authorize and request you to release to:

Steven J. Wells, Esq.
Dorsey & Whitney LLP.
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
(Phone) 612-340-7809
(Fax)    612-340-2807

or his designated agent(s), any and all information and/or records relating to me and/or my deceased family members, including (but not limited to) birth, death and marriage, law enforcement, jail and prison (including classification and custody, psychological/medical, disciplinary, parole and probation, counseling, correspondence, etc.), academic, adoption, social service, juvenile, employment including Social Security Administration, judicial, psychological, psychiatric, medical, including nurse notes, physician notes, progress reports, ward notes, films, reports, charts, HIV status and information, invoices for services, discharge summaries and emergency room records, raw data, test scores and notes, drug treatment, drug and alcohol rehabilitation programs, employment, child custody and marriage records, files prepared in connection with prior civil or criminal litigation, as well as any other records whatsoever, including those normally deemed confidential. I specifically request that you release all records pertaining to _____ _____. You are specifically authorized to photocopy and certify these records and to release copies to the above mentioned investigators and attorney.

In consideration of this disclosure of otherwise confidential information, I hereby release you (in your individual and/or institutional capacity) from any and all liability arising from such disclosure to these designated parties.

These records and this information will be used as background social history information in pending court proceedings. It will not be re-disclosed. I understand that at any time, I have the right to revoke this authorization in writing. I have received a copy of this signed authorization for my records. I have been informed that the disclosure of this information will not result in the direct or indirect remuneration of any health care provider.    This authorization expires on __NEVER_____.

Signed: _Bruce Webster_____

Date of Birth: _____, 1973_____

Social Security No. _____9579_____

**REDACTED**

Case 2:12-cv-00086-JPH-MJD   Document 64-1   Filed 02/26/16   Page 15 of 44 PageID 7
Case 2:12-cv-00086-WTL-WGH   Document 25-3   Filed 10/11/12   Page 1 of 4 PageID #: 007
#: 3433

# LeRoux Declaration Ex. C

Case 2:12-cv-00086-JPH-MJD   Document 64-1   Filed 02/26/16   Page 16 of 44 PageID
#: 3434
Case 2:12-cv-00086-WTL-WGH   Document 29-3   Filed 10/12/12   Page 20 of 44 PageID #: 698



**DORSEY & WHITNEY LLP**

GRETCHEN A. AGEE
(612) 492-6741
FAX (612) 395-5460
AGEE.GRETCHEN@DORSEY.COM

December 15, 2008

Social Security Administration
3511 Market Street
Pine Bluff, AR 71601

    Re:   Bruce Webster
          DOB:    73
          SS#:    9579   **REDACTED**

Dear Records Administrator:

    I am writing to request any and all records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

    Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

    Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

               Sincerely,

               Gretchen A. Agee

GAA:kjs
Enclosure

cc:    Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA

4851-4041-4979\1

**EXHIBIT C**

S.App.570

December 15, 2008
Page 2


bcc:    Kristen LeRoux

12/09/2008 14:28 FAX 6123408800     DORSEY & WHITNEY LLP     ☒004/004

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

## TO: Social Security Administration

**REDACTED**

BRUCE WEBSTER                    73                    -9579
Name          Date of Birth        Social Security Number

I authorize the Social Security Administration to release information or records about me to:

**NAME**                                    **ADDRESS**

GRETCHEN AGEE

DORSEY & WHITNEY LLP            50 SOUTH SIXTH STREET #1500

                               MINNEAPOLIS, MN 55402

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX    Social Security Number
XX    Identifying information (includes date and place of birth, parents' names)
XX    Monthly Social Security benefit amount
XX    Monthly Supplemental Security Income payment amount
XX    Information about benefits/payments I received from ANY TIME to _____
XX    Information about my Medicare claim/coverage from ANY TIME to ____
      (specify) _____
XX    Medical records
XX    Record(s) from my file (specify) ANY AND ALL

____  Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: *Bruce Webster*
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12-10-08          Relationship: _____

Form SSA-3288 (5-2007) EF (5-2007)

Case 2:12-cv-00086-WTL-WGH Document 25-4 Filed 10/24/12 Page 1 of 9 PageID #: 691

# LeRoux Declaration Ex. D



KRISTEN K. LEROUX
Paralegal and Case Assistant Manager
(612) 340-2790
FAX (612) 340-8800
leroux.kristen@dorsey.com

October 8, 2009

**VIA FACSIMILE**

Lisa Ruth
Social Security Administration
3511 Market Street
Pine Bluff, AR 71601
*Facsimile: 870-535-5381*

   Re:  Bruce Webster
      DOB   73
      SS#:    -9579  **REDACTED**

Dear Ms. Ruth:

   We are writing to request documents pertaining to Bruce Webster. We requested records on December 15, 2008 (copy attached) and received documents on February 9, 2009 but upon reviewing those documents, we note that we did not receive some of the records referenced in the file:

   The "List of Exhibits" (copy attached) lists the following documents by exhibit number that we did not receive:

   1.  Leads/Protective Filing Worksheet (showing Protective Filing Dale of 9/9/93)
   3.  Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93)
   4.  Disability Determination by State Agency, Title II, dated 2/3/94, with attachment
   5.  Disability Determination by State Agency, Title XVI, dated 2/3/94
   7.  Supplemental Security Income Notice, dated 2/8/94
   9.  Disability Determination by State Agency, Title II, dated 3/29/94, with attachments
   10.  Disability Determination by State Agency, Title XVI, dated 3/29/94, with attachments
   14.  Earnings Record and DEQY, dated 9/13/94

We received exhibit 12, the Social Security Notice of Reconsideration, dated April 5, 1994 but we note that the second to last sentence in the first paragraph states, "Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it," (copy attached). We did not receive this attachment and request it now.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA CANADA EUROPE ASIA-PACIFIC

**EXHIBIT D**



October 8, 2009
Page 2

    Mr. Webster is currently on death row and faces an execution date.  Any efforts your office could make to expedite the return of this record would be greatly appreciated.  All costs incurred will be paid promptly upon billing or notice of billing.

    Thank you very much for your time and attention.  Please feel free to contact me at the number and email address listed above if you have any questions.

                 Sincerely,

                 Kristen K. LeRoux

KKL:kjm

cc:  Steven Wells, Esq. (w/enc.)

4830-7888-9220\1  10/8/2009 2:44 PM

DORSEY & WHITNEY LLP

12/09/2008  14:28 FAX  6123408801          DORSEY & WHITNEY LLP                          @004/004

**Social Security Administration**
Consent for Release of Information

Form Approved
OMB No. 0960-0566

**TO:  Social Security Administration**

**REDACTED**

BRUCE WEBSTER
_____ Name _____

73
Date of Birth

-9579
Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| GRETCHEN AGEE | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET #1500 |
| | MINNEAPOLIS, MN 55402 |

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX    Social Security Number
XX    Identifying information (includes date and place of birth, parents' names)
XX    Monthly Social Security benefit amount
XX    Monthly Supplemental Security Income payment amount
XX    Information about benefits/payments I received from ANY TIME — to _____
XX    Information about my Medicare claim/coverage from ANY TIME _____ to _____
        (specify) _____
xx    Medical records
XX    Record(s) from my file (specify)  ANY AND ALL.

_____    Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: Bruce Webster
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12-10-08 _____ Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)

S.App.576

Case 2:12-cv-00086-WPL-WDH Document 64-1 Filed 02/26/16 Page 23 of 44 PageID 5
Case 2:12-cv-00086-WPL-WDH Document 25-1 Filed 10/12/12 Page 5 of 7 PageID #: 695
#: 3441

## LIST OF EXHIBITS

Bruce C. Webster            -9579

(Claimant)                        (Social Security Number)

Willie L. Webster       -5523            **REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or If name Is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration - Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

**LIST OF EXHIBITS**                                     Page 2

Bruce C. Webster                                    ·9579
_____                    _____
          (Claimant)                               (Social Security Number)

Willie L. Webster            5523                              **REDACTED**
(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

# Social Security
# Notice of Reconsideration

From:   Department of Health and Human Services
        Social Security Administration

Bruce G. Webster
5219 Hepburn
Pine Bluff, AR   71603

Date:                           APR  5 1994

Claim Number          -5523
                                    **REDACTED**

Claim for
☐   Disability Insurance Benefits
☐   Disabled Widow, Widower Benefits
☒ˣ  Childhood Disability Benefits
☐   Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
    759
**Important: See other side for additional information.** ▶

EXHIBIT NO. 11 (2 PAGES)

Form SSA-L928-U2 (2-90)

S.App.579

# LeRoux Declaration Ex. E

RECEIVED OCT 2 6 2009



SOCIAL SECURITY
3511 Market St
Pine Bluff, AR 71601
866-563-9693

October 22, 2009

Dorsey & Whitney LLP
Gretchen Agee
50 South 6ᵗʰ St. #1500
Minneapolis, MN  55402

Dear Sir/Madam:

We are returning your request for a copy of our records because the consent you provided does not meet our requirements. It is a blanket request and our office does not service the area that the claimant lives in.

The Social Security field office is staffed to assist the local population base. Each office services a certain number of zip codes and is to assist individuals and third party requesters in that office's designated service area.

Please visit our website at www.socialsecurity.gov and click on Find a Social Security Office. Enter the zip code of your client. This is the office you request should be sent.

The Privacy Act and the Social Security Administration's privacy rules and regulations require that in order for us to release information from a record, we must have a completed, signed and dated, proper consent by the claimant.

Federal statutes and regulations prohibit the Social Security Administration (SSA) from disclosing the contents of its records in the absence of proper written consent from the individual whose records are being requested. See 5 U.S.C. §552 (b)(6); 5 U.S.C. §552a(b); 42 U.S.C. §1306; 20 C.F.R. §401.100 et. seq. A proper consent must:

- Be directed **specifically** to the **Social Security Administration;**
- **Specify** the records that may be disclosed;
- **Specify** to whom the disclosure may be made, and the **length of time** the consent is effective; and
- Be **signed** and **dated** by the individual.

**EXHIBIT E**

S.App.581

Case 2:12-cv-00086-WTL-WGH   Document 25-1   Filed 10/24/12   Page 3 of 4 PageID #: 700

In addition, the consent must be received by SSA within 60 days of signing for tax return information, 90 days for medical information, and 1 year for all other information. **We do not honor requests for all records, all information, or similar blanket requests.** The consent must describe the specific records or information to be disclosed.

If you wish, you can also obtain a copy of our consent form (Form SSA-3288) by visiting our website at http://www.ssa.gov. Click the icon entitled "Forms," then click the icon on the next page entitled "Other Forms." From there, you can scroll down to "Form SSA-3288 Consent to Release Information." Once an appropriate consent and request for records are received, we will request the folder, make the copies of the requested items and notify you when the file is ready to be picked up.

Case 2:12-cv-00086-JPH-WTL-WGH   Document 64-1   Filed 02/26/16   Page 29 of 44 PageID 1
Case 2:12-cv-00086-WTL-WGH   Document 25-5   Filed 10/12/12   Page 4 of 4 PageID #: 701
#: 3447

12/09/2008  14:28 FAX  6123408800          DORSEY & WHITNEY LLP                    ☑ 004/004

Social Security Administration                          Form Approved
Consent for Release of Information                      OMB No. 0960-0566

**TO:  Social Security Administration**

                                                                        **REDACTED**

BRUCE WEBSTER                          73                    9579
              Name                 Date of Birth        Social Security Number

I authorize the Social Security Administration to release information or records about
me to:

        **NAME**                              **ADDRESS**
GRETCHEN AGEE

DORSEY & WHITNEY LLP              50 SOUTH SIXTH STREET #1500

                                 MINNEAPOLIS, MN 55402

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX_  Social Security Number
XX_  Identifying information (includes date and place of birth, parents' names)
XX_  Monthly Social Security benefit amount
XX_  Monthly Supplemental Security Income payment amount
XX_  Information about benefits/payments I received from ANY TIME _ to _____
XX_  Information about my Medicare claim/coverage from ANY TIME _ to _____
      (specify) _____
XX__ Medical records
XX_  Record(s) from my file (specify)  ANY AND ALL

____  Other (specify) _____

I am the individual to whom the information/record applies or that person's
parent (if a minor) or legal guardian.  I know that if I make any representation
which I know is false to obtain information from Social Security records, I could
be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _12-10-08_____        Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)

LeRoux Declaration Ex. F



**DORSEY**

DORSEY & WHITNEY LLP

OLIVER MCKINSTRY
(612) 492-6785
FAX (612) 340-8800
MCKINSTRY.OLIVER@DORSEY.COM

November 23, 2009

**VIA US MAIL**
Social Security Administration
222 Cherry Street
Terre Haute, IN  47808

     Re:   Bruce Webster
          DOB     73     **REDACTED**
          SS#:     9579

Dear Records Administrator:

     I am writing to request records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

     Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

     Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

                           Sincerely,

                           Oliver McKinstry

Enclosure

cc:   Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T  612.340.2600 • F  612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA    CANADA    EUROPE    ASIA-PACIFIC

**EXHIBIT F**

<table>
<tr><td></td><td>Form Approved<br>OMB No. 0960-0566</td></tr>
</table>

**Social Security Administration**
**Consent for Release of Information**

**TO:**  Social Security Administration                                   **REDACTED**

BRUCE WEBSTER                    73              -9579

     Name                    Date of Birth        Social Security Number

I authorize the Social Security Administration to release information or records about me to:

NAME                                    ADDRESS

OLIVER MC KINSTRY

DORSEY & WHITNEY LLP          50 SOUTH SIXTH STREET  #1500

                              MINNEAPOLIS, MN  55402

I want this information released because:
I need it for my legal proceedings.  This consent is good for

one year.
(There may be a charge for releasing information.)

Please release the following information:

XX   Social Security Number
XX   Identifying information (includes date and place of birth, parents' names)
XX   Monthly Social Security benefit amount
XX   Monthly Supplemental Security Income payment amount
XX   Information about benefits/payments I received from 1993  to 1996
XX   Information about my Medicare claim/coverage from 1993  to 1996
     (specify) _____
XX   Medical records
XX   Record(s) from my file (specify) SEE ATTACHED LIST

_____ Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: *Bruce Webster*
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 11-17-09                Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)

List of Requested Documents on Consent for Release of Information for

Bruce Webster
DOB        73
SS#:           9579        **REDACTED**

I.        I request release of the following documents from the attached "List of Exhibits,"
contained in my records:

 1.        Leads/Protective Filing Worksheet
          (showing Protective Filing Dale of 9/9/93)
 3.        Application for Supplemental Security Income, filed 10/4/93
          (with Protective Filing Date of 9/9/93)
 4.        Disability Determination by State Agency, Title II, dated 2/3/94,
          with attachment
 5.        Disability Determination by State Agency, Title XVI, dated 2/3/94
 7.        Supplemental Security Income Notice, dated 2/8/94
 9.        Disability Determination by State Agency, Title II, dated 3/29/94,
          with attachments
 10.       Disability Determination by State Agency, Title XVI, dated 3/29/94,
          with attachments
 14.       Earnings Record and DEQY, dated 9/13/94.

II.        I also request release of the explanation of the April 5, 1994 decision made
regarding my claim and described in the attached Social Security Notice of
Reconsideration.  (*See* first paragraph, second to last sentence: "Attached to this notice
is an explanation of the decision we made on your claim and how we arrived at it.")

# LIST OF EXHIBITS

Bruce C. Webster
—9579

(Claimant)
(Social Security Number)

Willie L. Webster          —5523

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

**REDACTED**

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration - Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

## LIST OF EXHIBITS

Page 2

Bruce C. Webster

—————————————————————————
(Claimant)

-9579
(Social Security Number)

Willie L. Webster        -5523

**REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

S.App.589

# Social Security
# Notice of Reconsideration

From:  Department of Health and Human Services
        Social Security Administration

Bruce C. Webster
5219 Hepburn
Pine Bluff, AR  71603

Date:                    APR  5 1994

Claim Number:            ·5523

**REDACTED**

Claim for
☐ Disability Insurance Benefits
☐ Disabled Widow, Widower Benefits
☒ Childhood Disability Benefits
☐ Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
759

**Important: See other side for additional information.** ▶

EXHIBIT NO. _____11_____ (2) PAGES

Form SSA-L928-U2 (2-90)

S.App.590

# LeRoux Declaration Ex. G

# Social Security Administration
Important Information

SOCIAL SECURITY
222 CHERRY STREET
TERRE HAUTE, IN 47807-2932
Claim Number:        9579
December 04, 2009
SR2                          **REDACTED**

DORSEY & WHITNEY LLP
ATTN:OLIVER MCKINSTRY
50 SOUTH SIXTH STREET
SUITE 1500
MINNEAPOLIS, MN 55402-1498

**DEC 0 7 2009**

Dear OLIVER MCKINSTRY

Please call if any questions our office before December 18, 2009 and ask for any service representatives. The telephone number is 812-232-4909,EXT.205. We need to talk to you about:

You requested information about Bruce Webster. Our record showed that his folder has been destroyed and the last benefit stop in May of 1991. We can tell you that his name, date of birth and his social security number does match our records. If you have any questions feel free to call us.

When you call our office, please have this letter with you. It will help us to serve you more quickly.

*Brian Hewitt*
Brian Hewitt
Field Office Manager

**EXHIBIT G**

S.App.592



DORSEY™
DORSEY & WHITNEY LLP

2009 NOV 25   AM 10:27

THE THREE HALLOWS, JEM.
514 E SSA COPPI CODE

OLIVER MCKINSTRY
(612) 492-6785
FAX (612) 340-8800
MCKINSTRY.OLIVER@DORSEY.COM

November 23, 2009

**VIA US MAIL**
Social Security Administration
222 Cherry Street
Terre Haute, IN  47808

    Re:    Bruce Webster
          DOB:     73
          SS#:     9579    **REDACTED**

Dear Records Administrator:

    I am writing to request records pertaining to Bruce Webster.  I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

    Mr. Webster is currently on death row and faces an execution date.  Any efforts your office could make to expedite the return of these records would be greatly appreciated.  All costs incurred will be paid promptly upon billing or notice of billing.

    Thank you very much for your time and attention.  Please feel free to contact me at the number and email address listed above if you have any questions.

                Sincerely,

                Oliver McKinstry

Enclosure

cc:    Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC

Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

TO: Social Security Administration

**REDACTED**

BRUCE WEBSTER                     /73               -9579
_____        _____        _____
          Name                   Date of Birth       Social Security Number

I authorize the Social Security Administration to release information or records about
me to:

NAME                                    ADDRESS
OLIVER MC KINSTRY
_____        _____
DORSEY & WHITNEY LLP              50 SOUTH SIXTH STREET  #1500
_____        _____
                                 MINNEAPOLIS, MN  55402
_____        _____

I want this information released because:
I need it for my legal proceedings.  This consent is good for

one year.
_____
(There may be a charge for releasing information.)

Please release the following information:

XX__  Social Security Number
XX__  Identifying information (includes date and place of birth, parents' names)
XX__  Monthly Social Security benefit amount
XX__  Monthly Supplemental Security Income payment amount
XX__  Information about benefits/payments I received from__1993__ to 1996__
XX__  Information about my Medicare claim/coverage from__1993__ to 1996__
      (specify)_____
XX__  Medical records
XX__  Record(s) from my file (specify)  SEE ATTACHED LIST

____  Other (specify) _____

I am the individual to whom the information/record applies or that person's
parent (If a minor) or legal guardian.  I know that if I make any representation
which I know is false to obtain information from Social Security records, I could
be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _11-17-09_____  Relationship: _____

Form SSA-3288 (5-2007) EF (5-2007)

List of Requested Documents on Consent for Release of Information for

Bruce Webster
DOB:     73
SS#:     9579     **REDACTED**

I.     I request release of the following documents from the attached "List of Exhibits," contained in my records:

    1.     Leads/Protective Filing Worksheet
           (showing Protective Filing Date of 9/9/93)
    3.     Application for Supplemental Security Income, filed 10/4/93
           (with Protective Filing Date of 9/9/93)
    4.     Disability Determination by State Agency, Title II, dated 2/3/94, with attachment
    5.     Disability Determination by State Agency, Title XVI, dated 2/3/94
    7.     Supplemental Security Income Notice, dated 2/8/94
    9.     Disability Determination by State Agency, Title II, dated 3/29/94, with attachments
    10.     Disability Determination by State Agency, Title XVI, dated 3/29/94, with attachments
    14.     Earnings Record and DEQY, dated 9/13/94.

II.     I also request release of the explanation of the April 5, 1994 decision made regarding my claim and described in the attached Social Security Notice of Reconsideration. (*See* first paragraph, second to last sentence: "Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it.")

## LIST OF EXHIBITS

Bruce C. Webster _____     -995799

(Claimant)                                (Social Security Number)

Willie L. Webster          55523

**REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration = Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540 US (6-89)

ATTACH TO CLAIMANTS COPY OF THE DECISION

**LIST OF EXHIBITS**

Page 2

Bruce C. Webster                                                    -9579
_____          _____
            (Claimant)                        (Social Security Number)

Willie L. Webster            -5523                          **REDACTED**
_____
(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

# Social Security
# Notice of Reconsideration

From:   Department of Health and Human Services
        Social Security Administration

Bruce C. Webster                          Date:           APR  5 1994
5219 Hepburn
Pine Bluff, AR  71603                      Claim Number:    5523  **REDACTED**

                                           Claim for
                                           ☐  Disability Insurance Benefits
                                           ☐  Disabled Widow, Widower Benefits
                                           ☒  Childhood Disability Benefits
                                           ☐  Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
7599
Important: See other side for additional information. ►

EXHIBIT NO. _____ /// ___ /2 ___ PAGES

Form SSA-L1023-U2 (2-89)