UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                    CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.

## DECLARATION OF KIRSTEN E. SCHUBERT IN SUPPORT OF PETITIONER'S REQUEST TO SEEK DISCOVERY FROM THE OFFICE OF THE UNITED STATES ATTORNEY

I, Kirsten E. Schubert, declare as follows:

1.      I am an attorney at the law firm of Dorsey & Whitney LLP, counsel for Petitioner Bruce Carneil Webster in this matter.  I submit this Declaration in support of Petitioner's Request to Seek Discovery from the Office of the United States Attorney.

2.      As a courtesy for the Court, I attach hereto as Exhibit 1 a true and correct copy of the Supplemental Declaration of Kristen LeRoux, with Exhibits A-G, which was submitted to this Court in Support of Petitioner's Reply to Respondent's Return to Order to Show Cause on October 10, 2012 (Dkt. No. 25).

3.      As a courtesy for the Court, I attach hereto as Exhibit 2 a true and correct copy of the Declaration of Larry M. Moore, which was submitted to this Court in support of the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on March 23, 2012 (Dkt. No. 3-22).

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  February 26, 2016                              s/Kirsten E. Schubert

                                                       _____

                                                       Kirsten E. Schubert

# Exhibit 1
## to Declaration of
## Kirsten E. Schubert
## in Support of Petitioner's
## Request to Seek Discovery
## from the Office of the
## United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
--------------------------------------------------------

BRUCE CARNEIL WEBSTER,

                 : 

            Petitioner,

                 :       CAUSE NO: 2:12-CV-0086-WTL-WGH

       vs.

                 :

CHARLES L. LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,    :
TERRE HAUTE (USP),

                 :

            Respondent.
--------------------------------------------------------


**SUPPLEMENTAL DECLARATION OF KRISTEN K. LEROUX IN SUPPORT
OF PETITIONER'S REPLY TO RESPONDENT'S RETURN TO ORDER TO
SHOW CAUSE**

I, **Kristen K. LeRoux,** declare as follows:

1.      I am a former employee of Dorsey & Whitney LLP ("Dorsey"). I worked at Dorsey for nineteen (19) years from 1993 to 2012. From 1993 to 1996, I worked in an administrative department. From 1996 to 2006, I worked as a paralegal. From 2006 to 2012, I served as a paralegal manager and worked as a paralegal on the Bruce Webster case team.

2.      During the course of my work as a paralegal on the Bruce Webster case team, I reviewed Bruce Webster's trial and appellate case file sent by Mr. Webster's appellate attorneys to Dorsey. The records in Mr. Webster's case file, specifically a facsimile transmission to the Social Security Administration ("SSA") dated March 4, 1996, indicate that Mr. Webster's trial counsel requested his SSA records over sixteen

(16) years ago. A true and correct copy of the 1996 facsimile transmission to the SSA office is attached hereto as Exhibit A. The case file does not show that any records were produced nor does it show that any response or follow-up correspondence was ever received.

3.     In late October 2008, Dorsey attorneys asked me and my colleagues to collect SSA records for Bruce Webster.

4.     On October 27, 2008, Dorsey sent a letter to the SSA at 3511 Market Street, Pine Bluff, Arkansas 71601, requesting the release of all records pertaining to Bruce Webster. Dorsey enclosed an "Authorization For Release of Confidential Information and Records" signed by Mr. Webster with this request. True and correct copies of this request and the signed authorization form are attached hereto as Exhibit B.

5.     On December 4, 2008, one of my colleagues followed up with the SSA regarding Dorsey's written request by calling Logan Hamilton, Assistant District Manager of the Social Security Administration at Pine Bluff, who stated that a completed and signed Social Security Administration Form 3288 Consent for Release of Information would be necessary to release a copy of the requested records. Accordingly, Dorsey obtained Bruce Webster's signature on a Form 3288 Consent for Release of Information and sent the signed consent form to the SSA on December 15, 2008. True and correct copies of request for records and the enclosed consent form are attached hereto as Exhibit C.

6.     Dorsey received certain SSA records for Bruce Webster on February 9, 2009.

S.App.557

7. Upon examining the SSA records provided for Bruce Webster, Dorsey determined that certain documents, including certain records enumerated in a "List of Exhibits," were missing from the records and that the file appeared to be incomplete.

8. On October 8, 2009, Dorsey sent a request for additional records to the Pine Bluff, Arkansas, SSA office, along with copies of the December 15, 2008 letter requesting, and Mr. Webster's Consent for Release of Information dated December 12, 2008. A true and correct copy of this correspondence is attached hereto as Exhibit D. Specifically, Dorsey requested the documents that were listed on the "List of Exhibits" of Mr. Webster's Social Security records but which were not received on February 9, 2009.

9. On October 15, 2009, I had a telephone conversation with a representative from the Pine Bluff, Arkansas, SSA office and was informed that normal procedures were not followed when the records received in February of 2009 were sent and that the person who copied and sent them had retired. The representative from the Pine Bluff SSA office stated that the SSA could not provide any more records in response to the request that was submitted. Reiterating that normal procedures were not followed when the records were sent in February 2009, the representative said that Mr. Webster should have been charged for the copies and that the request should have been sent to the SSA office in the state where Mr. Webster resides, regardless of his incarceration. The SSA representative explained that the person who had copied and sent Dorsey the records on February 9, 2009 had since retired, and the SSA representative noted that the SSA normally will not honor any request for "any and all" records.

3

10. On October 22, 2009, the Pine Bluff, Arkansas, SSA office sent a letter to Dorsey denying the request for additional records, citing the following reasons: (1) it was a "blanket request;"(2) the claimant was not living in the service area; and, (3) the consent was outdated. A true and correct copy of this correspondence is attached hereto as Exhibit E.

11. On November 23, 2009, Dorsey sent a request for additional records to the Terre Haute, Indiana, SSA office requesting those records that appeared to be missing from Mr. Webster's SSA file, including documents enumerated on the "List of Exhibits" of Bruce Webster's SSA records but which were not received on February 9, 2009. Dorsey also enclosed a newly-signed Consent for Release of Information, dated November 17, 2009. True and correct copies of this correspondence are attached hereto as Exhibit F.

12. On December 4, 2009, I telephoned the Terre Haute, Indiana, SSA office and spoke to the representative assigned to Mr. Webster's request. The representative informed me that they had mailed a formal written response to our request stating that there were no other records in Bruce Webster's file. The representative also told me that the records that Dorsey specifically requested had been destroyed. When I asked the representative whether the SSA kept any list of other people who had requested Bruce Webster's file, like a chain of custody, he explained that while the Social Security Administration had begun to track records requests electronically, any previous request for Mr. Webster's records would have predated that practice.

13.     On December 7, 2009, Dorsey received a letter from the Terre Haute, Indiana, SSA office stating Mr. Webster's folder had been destroyed.  A true and correct copy of this letter is attached as Exhibit G.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

                                                    s/Kristen K. LeRoux
Dated:  October 10, 2012                            Kristen K. LeRoux

5

# LeRoux Declaration Ex. A

03/04/1996  23:50    8173353500                 LARRY MOORE ATTORNEY                    PAGE  01

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 76102

BOARD CERTIFIED-CRIMINAL LAW                                    OFFICE:  (817) 338-4800
TEXAS BOARD OF LEGAL SPECIALIZATION                             FAX NO: (817) 335-3500

# FAX TRANSMITTAL SHEET



DATE: 3-5-96 ___    FAX NO. ( 5O1 ) 535-5381

TO: Mr. Hal West, SS Admin. Office

FROM: Kim Whitehead, Paralegal

RE: Bruce Webster

PAGES (INCLUDING COVER SHEET): 4

comments: _____

_____

_____

THE INFORMATION CONTAINED IN AND TRANSMITTED IN THIS FACSIMILE IS ATTORNEY/CLIENT PRIVILEGE AND IT IS INTENDED FOR THE INDIVIDUAL OR ENTITY DESIGNATED ABOVE. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF OR RELIANCE UPON THE INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS FACSIMILE BY OR TO ANYONE OTHER THAN THE RECIPIENT DESIGNATED IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU RECEIVE THIS FACSIMILE IN ERROR, PLEASE NOTIFY LARRY M. MOORE BY TELEPHONE (817) 338-4800 IMMEDIATELY. ANY FACSIMILE ERRONEOUSLY TRANSMITTED TO YOU SHOULD BE IMMEDIATELY RETURNED TO THE SENDER BY US MAIL, OR IF AUTHORIZATION IS GRANTED BY THE SENDER, DESTROYED.

PAGE ONE

**EXHIBIT A**

S.App.562

03/04/1996  23:50     8173353500                LARRY MOORE ATTORNEY                    PAGE  02

LAW OFFICE OF

# LARRY M. MOORE
1112-A EAST FIRST STREET
FORT WORTH, TEXAS 70102

BOARD CERTIFIED - CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION          February 29, 1996                    TELEPHONE
STATE BAR OF TEXAS                                                                  (817) 338-4800
                                                                                 FAX (817) 335-3500

Mr. Hal West
Social Security Administration Office
Pine Bluff District Office

               RE:   BRUCE WEBSTER
                     DOB      -73
                     SS#        -9579        **REDACTED**

Dear Mr. West:

        Thank you for visiting with me regarding the above Defendant. As you requested I
have enclosed a copy of a Business Records Authorization and Release and a Business
Records Affidavit.   It is my understanding that Mr. Webster applied for disability in 1992 and
some testing was done. He did not receive any disability payments.    For purposes of trial,
we will need to obtain any information relating to his disability claim.

        Mr. J.W. Strickland, of L. Michael Connelley and Associates, will be in Pine Bluff  on
March 1st through 5th, 1996.    He will have in his possession the original authorization signed
by Mr. Webster for your files.   The Business Records Affidavit will need to be filed out when
Mr. Strickland picks up the records. This Affidavit will keep someone from your office from
having to come to Fort Worth to testify that these records are true and correct copies of the
records in your files.

        Please contact me if you have any questions, or if you require anything further in this
regard.

                                            Sincerely,

                                            Kimberly Whitehead

                                            KIMBERLY J. WHITEHEAD,
                                            Legal Assistant to Larry M. Moore

kw/
Faxed
Enclosures

S.App.563

03/04/1996  23:50    8173353500              LARRY MOORE ATTORNEY              PAGE  03

## BUSINESS RECORDS AUTHORIZATION & RELEASE

TO:   Mr. Hal West                                    DATE: 3/3/96
      U.S. Social Security Administration
      Pine Bluff District Office

**REDACTED**

I, **BRUCE C. WEBSTER**, (SSN: -9579, DOB. -73 B/M) hereby request and authorize you to furnish to LARRY M. MOORE, Attorney at Law, or any representative thereof, any and all information and records that you may have in your possession concerning **BRUCE C. WEBSTER**, with respect to any applications for benefits made for, or on behalf, of **BRUCE C. WEBSTER**; any testing or examinations of any kind or character done in connection with such applications for benefits; any review eligibility for benefits that may have been done; any benefits approved or disapproved in regard to such applications; and any and all other records of any kind and character that may have been obtained in connection with any application for benefits made by, or on behalf of, this individual; or any other records in your possession pertaining to this individual. I further hereby authorize and request that you discuss any and all such matters with LARRY M. MOORE, my attorney, or any of his representatives.

A photostat copy of this authorization shall be considered as effective and valid as the original.

_Bruce Webster_
Bruce C. Webster, Affiant

_____
Address

_Larry M. Moore_
Witness / _Alan Barbee_

NO._____

STATE OF TEXAS                                    *

    v.                                            *

BRUCE C. WEBSTER                                   *

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared _____, who, being by me duly sown, deposed and said as follows:

My name is _____; I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am currently employed in the position of _____ for the U.S. Social Security administration Office in Pine Bluff, Ark.  Among my duties in regard to my employment, I am the custodian of the records for the U.S. Social Security Administration Office In Pine Bluff, Ark.  Attached to this affidavit are _____ pages of records from U.S. Social security Administration Office in Pine Bluff, Ark.  These records are kept by the U.S. Social Security Administration Office in Pine Bluff, Ark. In the regular course of business; and it was the regular course of business of the U.S. Social Security administration Office in Pine Bluff, Ark., for an employee or representative of the U.S .Social Security administration Office in Pine Bluff, Ark., with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The attached records hereto are the original records or exact duplicates of the original records as they appear in the files of the U.S. Social Security Administration Office in Pine Bluff, Ark.

Affiant

SWORN and SUBSCRIBED TO BEFORE ME, on this the ____ day of March, 1996.

Notary Public, State of Arkansas
Notary's Printed Name: _____

S.App.565

LeRoux Declaration Ex. B



**DORSEY & WHITNEY LLP**

KATHERINE E. SLAIKEU
Paralegal
(612) 492-6615
FAX (612) 340-2868
slaikeu.katherine@dorsey.com

October 27, 2008

Social Security Administration
3511 Market Street
Pine Bluff, AR 71601

> Re:    Bruce Webster
>        DOB      1973          **REDACTED**
>        SSN:     9579

Dear Records Administrator:

Dorsey & Whitney LLP is representing Bruce Webster in a criminal proceeding. I am writing to request any and all records pertaining to Mr. Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

Sincerely,

Katherine E. Slaikeu

KES:kjs
Enclosure

cc:    Gretchen Agee, Esq.

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · **T** 612.340.2600 · **F** 612.340.2868
SUITE 1500 · 50 SOUTH SIXTH STREET · MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA

4827-0056-8579\1

**EXHIBIT B**

S.App.567

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION AND RECORDS

To:   Social Security Administration, 3511 Market Street, Pine Bluff, AR 71601

Date:   10/27/08

    I,____BRUCE CARNEIL WEBSTER_____, by this release or a copy
and/or facsimile thereof, authorize and request you to release to:

          Steven J. Wells, Esq.
          Dorsey & Whitney LLP.
          Suite 1500, 50 South Sixth Street
          Minneapolis, MN 55402-1498
          (Phone) 612-340-7809
          (Fax)    612-340-2807

or his designated agent(s), any and all information and/or records relating to me and/or my deceased family members, including (but not limited to) birth, death and marriage, law enforcement, jail and prison (including classification and custody, psychological/medical, disciplinary, parole and probation, counseling, correspondence, etc.), academic, adoption, social service, juvenile, employment including Social Security Administration, judicial, psychological, psychiatric, medical, including nurse notes, physician notes, progress reports, ward notes, films, reports, charts, HIV status and information, invoices for services, discharge summaries and emergency room records, raw data, test scores and notes, drug treatment, drug and alcohol rehabilitation programs, employment, child custody and marriage records, files prepared in connection with prior civil or criminal litigation, as well as any other records whatsoever, including those normally deemed confidential. I specifically request that you release all records pertaining to _____ _____. You are specifically authorized to photocopy and certify these records and to release copies to the above mentioned investigators and attorney.

    In consideration of this disclosure of otherwise confidential information, I hereby release you (in your individual and/or institutional capacity) from any and all liability arising from such disclosure to these designated parties.

    These records and this information will be used as background social history information in pending court proceedings. It will not be re-disclosed. I understand that at any time, I have the right to revoke this authorization in writing. I have received a copy of this signed authorization for my records. I have been informed that the disclosure of this information will not result in the direct or indirect remuneration of any health care provider.   This authorization expires on __NEVER_____.

Signed: _Bruce Webster_____

Date of Birth: _____, 1973 _____

Social Security No. _____9579_____

**REDACTED**

# LeRoux Declaration Ex. C



**DORSEY & WHITNEY LLP**

GRETCHEN A. AGEE
(612) 492-6741
FAX (612) 395-5460
AGEE.GRETCHEN@DORSEY.COM

December 15, 2008

Social Security Administration
3511 Market Street
Pine Bluff, AR 71601

> Re:   Bruce Webster
> DOB:   73
> SS#:   9579   **REDACTED**

Dear Records Administrator:

I am writing to request any and all records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

Sincerely,

Gretchen A. Agee

GAA:kjs
Enclosure

cc:   Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA

4851-4041-4979\1

**EXHIBIT C**

S.App.570

December 15, 2008
Page 2

bcc:    Kristen LeRoux

12/09/2008  14:28 FAX  6123408800          DORSEY & WHITNEY LLP                                 004/004

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

TO:  Social Security Administration                                           **REDACTED**

BRUCE WEBSTER _____     ____73_____   . ____-9579_____
       Name                                Date of Birth         Social Security Number

I authorize the Social Security Administration to release information or records about
me to:

| NAME | ADDRESS |
|------|---------|
| GRETCHEN AGEE | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET #1500 |
| | MINNEAPOLIS, MN 55402 |

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX   Social Security Number
XX   Identifying information (includes date and place of birth, parents' names)
XX   Monthly Social Security benefit amount
XX   Monthly Supplemental Security Income payment amount
XX   Information about benefits/payments I received from ANY TIME to _____
XX   Information about my Medicare claim/coverage from ANY TIME to ____
     (specify) _____
XX   Medical records
XX   Record(s) from my file (specify)  ANY AND ALL _____

_____   Other (specify) _____

I am the individual to whom the information/record applies or that person's
parent (if a minor) or legal guardian.  I know that if I make any representation
which I know is false to obtain information from Social Security records, I could
be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12-10-08 _____   Relationship: _____

Form SSA-3288  (5-2007) EF (5-2007)

S.App.572

LeRoux Declaration Ex. D

S.App.573



DORSEY & WHITNEY LLP

KRISTEN K. LEROUX
Paralegal and Case Assistant Manager
(612) 340-2790
FAX (612) 340-8800
leroux.kristen@dorsey.com

October 8, 2009

**VIA FACSIMILE**

Lisa Ruth
Social Security Administration
3511 Market Street
Pine Bluff, AR 71601
*Facsimile: 870-535-5381*

      Re:    Bruce Webster
             DOB      73          **REDACTED**
             SS#:       -9579

Dear Ms. Ruth:

     We are writing to request documents pertaining to Bruce Webster. We requested records on December 15, 2008 (copy attached) and received documents on February 9, 2009 but upon reviewing those documents, we note that we did not receive some of the records referenced in the file:

     The "List of Exhibits" (copy attached) lists the following documents by exhibit number that we did not receive:

      1.      Leads/Protective Filing Worksheet (showing Protective Filing Dale of 9/9/93)
      3.      Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93)
      4.      Disability Determination by State Agency, Title II, dated 2/3/94, with attachment
      5.      Disability Determination by State Agency, Title XVI, dated 2/3/94
      7.      Supplemental Security Income Notice, dated 2/8/94
      9.      Disability Determination by State Agency, Title II, dated 3/29/94, with attachments
      10.    Disability Determination by State Agency, Title XVI, dated 3/29/94, with attachments
      14.    Earnings Record and DEQY, dated 9/13/94

We received exhibit 12, the Social Security Notice of Reconsideration, dated April 5, 1994 but we note that the second to last sentence in the first paragraph states, "Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it," (copy attached). We did not receive this attachment and request it now.

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 612.340.2600 · F 612.340.2868
SUITE 1500 · 50 SOUTH SIXTH STREET · MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC

**EXHIBIT D**



October 8, 2009
Page 2

     Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of this record would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

     Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

                  Sincerely,

                  Kristen K. LeRoux

KKL:kjm

cc: Steven Wells, Esq. (w/enc.)

4830-7888-9220\1  10/8/2009 2:44 PM

DORSEY & WHITNEY LLP

12/09/2008 14:28 FAX 612340881       DORSEY & WHITNEY LLP              @004/004

**Social Security Administration**
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

### TO:  Social Security Administration

**REDACTED**

| BRUCE WEBSTER | 73 | -9579 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| GRETCHEN AGEE | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET #1500 |
| | MINNEAPOLIS, MN 55402 |

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

- XX   Social Security Number
- XX   Identifying information (includes date and place of birth, parents' names)
- XX   Monthly Social Security benefit amount
- XX   Monthly Supplemental Security Income payment amount
- XX   Information about benefits/payments I received from ANY TIME to
- XX   Information about my Medicare claim/coverage from ANY TIME to
  (specify) _____
- xx   Medical records
- XX   Record(s) from my file (specify) ANY AND ALL.

- ____   Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: *Bruce Webster*
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 12-10-08       Relationship: _____

Form SSA-3288 (5-2007) EF (5-2007)

## LIST OF EXHIBITS

Bruce C. Webster                                                      -9579
_____      _____
             (Claimant)                                              (Social Security Number)

Willie L. Webster          -5523                          **REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration – Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

## LIST OF EXHIBITS

Page 2

Bruce C. Webster

(Claimant)

9579

(Social Security Number)

Willie L. Webster          5523

**REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

# Social Security
# Notice of Reconsideration

From: Department of Health and Human Services
      Social Security Administration

Bruce G. Webster
5219 Hepburn
Pine Bluff, AR 71603

Date:             APR 5 1994

Claim Number     -5523    **REDACTED**

Claim for
☐  Disability Insurance Benefits
☐  Disabled Widow, Widower Benefits
☒  Childhood Disability Benefits
☐  Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
759

**Important: See other side for additional information.** ►

EXHIBIT NO. 11 (2) PAGES

Form SSA-L928-U2 (2-90)

# LeRoux Declaration Ex. E

RECEIVED OCT 2 6 2009



**SOCIAL SECURITY**
3511 Market St
Pine Bluff, AR 71601
866-563-9693

October 22, 2009

Dorsey & Whitney LLP
Gretchen Agee
50 South 6th St. #1500
Minneapolis, MN  55402

Dear Sir/Madam:

We are returning your request for a copy of our records because the consent you provided does not meet our requirements. It is a blanket request and our office does not service the area that the claimant lives in.

The Social Security field office is staffed to assist the local population base. Each office services a certain number of zip codes and is to assist individuals and third party requesters in that office's designated service area.

Please visit our website at www.socialsecurity.gov and click on Find a Social Security Office. Enter the zip code of your client. This is the office you request should be sent.

The Privacy Act and the Social Security Administration's privacy rules and regulations require that in order for us to release information from a record, we must have a completed, signed and dated, proper consent by the claimant.

Federal statutes and regulations prohibit the Social Security Administration (SSA) from disclosing the contents of its records in the absence of proper written consent from the individual whose records are being requested. See 5 U.S.C. §552 (b)(6); 5 U.S.C. §552a(b); 42 U.S.C. §1306; 20 C.F.R. §401.100 et. seq. A proper consent must:

- Be directed **specifically** to the **Social Security Administration;**
- **Specify** the records that may be disclosed;
- **Specify** to whom the disclosure may be made, and the **length of time** the consent is effective; and
- Be **signed** and **dated** by the individual.

**EXHIBIT E**

S.App.581

In addition, the consent must be received by SSA within 60 days of signing for tax return information, 90 days for medical information, and 1 year for all other information. **We do <u>not</u> honor requests for <u>all records, all information, or similar blanket requests</u>.** The consent must describe the specific records or information to be disclosed.

If you wish, you can also obtain a copy of our consent form (Form SSA-3288) by visiting our website at http://www.ssa.gov. Click the icon entitled "Forms," then click the icon on the next page entitled "Other Forms." From there, you can scroll down to "Form SSA-3288 Consent to Release Information." Once an appropriate consent and request for records are received, we will request the folder, make the copies of the requested items and notify you when the file is ready to be picked up.

12/09/2008  14:28 FAX  6123408800          DORSEY & WHITNEY LLP                    004/004

Form Approved
OMB No. 0960-0566

**Social Security Administration**
**Consent for Release of Information**

**TO:  Social Security Administration**

**REDACTED**

| BRUCE WEBSTER | 73 | -9579 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| GRETCHEN AGEE | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET #1500 |
| | MINNEAPOLIS, MN 55402 |

I want this information released because:
I need it for a clemency proceeding

(There may be a charge for releasing information.)

Please release the following information:

XX___  Social Security Number
XX___  Identifying Information (includes date and place of birth, parents' names)
XX___  Monthly Social Security benefit amount
XX___  Monthly Supplemental Security Income payment amount
XX___  Information about benefits/payments I received from ANY TIME ... to _____
XX___  Information about my Medicare claim/coverage from ANY TIME to _____
        (specify) _____
XX___  Medical records
XX___  Record(s) from my file (specify) __ANY AND ALL__

_____  Other (specify) _____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _12-10-08_          Relationship: _____

Form SSA-3288  (5-2007)  EF (5-2007)

LeRoux Declaration Ex. F



DORSEY & WHITNEY LLP

OLIVER MCKINSTRY
(612) 492-6785
FAX (612) 340-8800
MCKINSTRY.OLIVER@DORSEY.COM

November 23, 2009

**_VIA US MAIL_**
Social Security Administration
222 Cherry Street
Terre Haute, IN  47808

      Re:    Bruce Webster
            DOB     73        **REDACTED**
            SS#:     9579

Dear Records Administrator:

     I am writing to request records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

     Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

     Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

                        Sincerely,

                        Oliver McKinstry

Enclosure

cc:    Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 612.340.2600 • **F** 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC

**EXHIBIT F**

Form Approved
OMB No. 0960-0566

**Social Security Administration**
**Consent for Release of Information**

**REDACTED**

**TO: Social Security Administration**

| BRUCE WEBSTER | 73 | -9579 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| OLIVER MC KINSTRY | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET  #1500 |
| | MINNEAPOLIS, MN  55402 |

I want this information released because:
I need it for my legal proceedings.  This consent is good for

one year.
(There may be a charge for releasing information.)

Please release the following information:

XX   Social Security Number
XX   Identifying information (includes date and place of birth, parents' names)
XX   Monthly Social Security benefit amount
XX   Monthly Supplemental Security Income payment amount
XX   Information about benefits/payments I received from 1993 to 1996
XX   Information about my Medicare claim/coverage from 1993 to 1996
       (specify)
XX   Medical records
XX   Record(s) from my file (specify) SEE ATTACHED LIST

_____   Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _11-17-09_     Relationship: _____

Form SSA-3288 (5-2007) EF (5-2007)

List of Requested Documents on Consent for Release of Information for

Bruce Webster
DOB          73
SS#:              9579          **REDACTED**

I.       I request release of the following documents from the attached "List of Exhibits,"
contained in my records:

1.    Leads/Protective Filing Worksheet
      (showing Protective Filing Dale of 9/9/93)
3.    Application for Supplemental Security Income, filed 10/4/93
      (with Protective Filing Date of 9/9/93)
4.    Disability Determination by State Agency, Title II, dated 2/3/94,
      with attachment
5.    Disability Determination by State Agency, Title XVI, dated 2/3/94
7.    Supplemental Security Income Notice, dated 2/8/94
9.    Disability Determination by State Agency, Title II, dated 3/29/94,
      with attachments
10.   Disability Determination by State Agency, Title XVI, dated 3/29/94,
      with attachments
14.   Earnings Record and DEQY, dated 9/13/94.

II.      I also request release of the explanation of the April 5, 1994 decision made
regarding my claim and described in the attached Social Security Notice of
Reconsideration.  (See first paragraph, second to last sentence: "Attached to this notice
is an explanation of the decision we made on your claim and how we arrived at it.")

## LIST OF EXHIBITS

Bruce C. Webster                                        —9579
           (Claimant)                                 (Social Security Number)

Willie L. Webster         —5523

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)           **REDACTED**

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration – Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

**LIST OF EXHIBITS**                                    Page 2

Bruce C. Webster                              -9579
_____              (Social Security Number)
        (Claimant)

Willie L. Webster        -5523                **REDACTED**

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

# Social Security
# Notice of Reconsideration

From: Department of Health and Human Services
      Social Security Administration

Bruce C. Webster
5219 Hepburn
Pine Bluff, AR   71603

Date:            APR  5 1994

Claim Number:        -5523
                           **REDACTED**

Claim for
☐ Disability Insurance Benefits
☐ Disabled Widow, Widower Benefits
☒ Childhood Disability Benefits
☐ Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
     759
**Important: See other side for additional information.** ▶

EXHIBIT NO. _____11_____ (-2-) PAGES
                    Form SSA-L928-U2 (2-90)

# LeRoux Declaration Ex. G

# Social Security ...dministration
Important Information

SOCIAL SECURITY
222 CHERRY STREET
TERRE HAUTE, IN 47807-2932
Claim Number:       9579
December 04, 2009
SR2                    **REDACTED**

DORSEY & WHITNEY LLP
ATTN:OLIVER MCKINSTRY
50 SOUTH SIXTH STREET
SUITE 1500
MINNEAPOLIS, MN 55402-1498

**DEC 0 7 2009**

Dear OLIVER MCKINSTRY

Please call if any questions our office before December 18, 2009 and ask for any service representatives. The telephone number is 812-232-4909,EXT:205. We need to talk to you about:

You requested information about Bruce Webster. Our record showed that his folder has been destroyed and the last benefit stop in May of 1991. We can tell you that his name, date of birth and his social security number does match our records. If you have any questions feel free to call us.

When you call our office, please have this letter with you. It will help us to serve you more quickly.

*Brian Hewitt*
Brian Hewitt
Field Office Manager

**EXHIBIT G**

S.App.592



OLIVER MCKINSTRY
(612) 492-6985
FAX (612) 340-8800
MCKINSTRY.OLIVER@DORSEY.COM

November 23, 2009

**VIA US MAIL**
Social Security Administration
222 Cherry Street
Terre Haute, IN 47808

Re:   Bruce Webster
      DOB:      73        **REDACTED**
      SS#:        9579

Dear Records Administrator:

I am writing to request records pertaining to Bruce Webster. I have enclosed a release from Mr. Webster authorizing the disclosure of such documents to us.

Mr. Webster is currently on death row and faces an execution date. Any efforts your office could make to expedite the return of these records would be greatly appreciated. All costs incurred will be paid promptly upon billing or notice of billing.

Thank you very much for your time and attention. Please feel free to contact me at the number and email address listed above if you have any questions.

Sincerely,

Oliver McKinstry

Enclosure

cc:   Steve Wells, Esq.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA   CANADA   EUROPE   ASIA-PACIFIC

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

**TO:** Social Security Administration

**REDACTED**

BRUCE WEBSTER            /73            -9579

| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
| OLIVER MC KINSTRY | |
| DORSEY & WHITNEY LLP | 50 SOUTH SIXTH STREET  #1500 |
| | MINNEAPOLIS, MN  55402 |

I want this information released because:
I need it for my legal proceedings.  This consent is good for

one year.
(There may be a charge for releasing information.)

Please release the following information:

XX  Social Security Number
XX  Identifying information (includes date and place of birth, parents' names)
XX  Monthly Social Security benefit amount
XX  Monthly Supplemental Security Income payment amount
XX  Information about benefits/payments I received from__1993__ to 1996
XX  Information about my Medicare claim/coverage from__1993__ to 1996
      (specify)_____
XX  Medical records
XX  Record(s) from my file (specify) SEE ATTACHED LIST

_____ Other (specify)_____

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _Bruce Webster_
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _11-17-09_____ Relationship:_____

Form SSA-3288 (5-2007) EF (5-2007)

List of Requested Documents on Consent for Release of Information for

Bruce Webster
DOB:        73
SS#:            9579        **REDACTED**

I.        I request release of the following documents from the attached "List of Exhibits," contained in my records:

1.        Leads/Protective Filing Worksheet
           (showing Protective Filing Date of 9/9/93)
3.        Application for Supplemental Security Income, filed 10/4/93
           (with Protective Filing Date of 9/9/93)
4.        Disability Determination by State Agency, Title II, dated 2/3/94, with attachment
5.        Disability Determination by State Agency, Title XVI, dated 2/3/94
7.        Supplemental Security Income Notice, dated 2/8/94
9.        Disability Determination by State Agency, Title II, dated 3/29/94, with attachments
10.      Disability Determination by State Agency, Title XVI, dated 3/29/94, with attachments
14.      Earnings Record and DEQY, dated 9/13/94.

II.       I also request release of the explanation of the April 5, 1994 decision made regarding my claim and described in the attached Social Security Notice of Reconsideration. (*See* first paragraph, second to last sentence: "Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it.")

LIST OF EXHIBITS

Bruce C. Webster

(Claimant)

-995799

(Social Security Number)

Willie L. Webster                55523

(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

REDACTED

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Leads/Protective Filing Worksheet (showing Protective Filing Date of 9/9/93) | 1 |
| 2 | Medical History and Disability Report, dated 10/4/93 (in lieu of application for DAC benefits)(with Protective Filing date of 9/9/93) | 6 |
| 3 | Application for Supplemental Security Income, filed 10/4/93 (with Protective Filing Date of 9/9/93) | 3 |
| 4 | Disability Determination by State Agency, Title II, dated 2/3/94, with attachment | 3 |
| 5 | Disability Determination by State Agency, Title XVI, dated 2/3/94 | 2 |
| 6 | Social Security Notice, dated 2/8/94 | 2 |
| 7 | Supplemental Security Income Notice, dated 2/8/94 | 3 |
| 8 | Request for Reconsideration, filed 3/17/94 | 2 |
| 9 | Disability Determination by State Agency, Title II, dated 3/29/94, with attachments | 16 |
| 10 | Disability Determination by State Agency, Title XVI, dated 3/29/94 | 2 |
| 11 | Social Security Notice of Reconsideration, dated 4/5/94 | 2 |
| 12 | Supplemental Security Income Notice of Reconsideration = Disability, dated 4/5/94 | 3 |
| 13 | Request for Hearing, filed 4/13/94 | 2 |
| 14 | Earnings Record and DEQY, dated 9/13/94 | 4 |
| 15 | Vocational Report, dated 10/6/93 | 6 |
| 16 | Disability Report, dated 10/4/93 | 8 |
| 17 | Reconsideration Disability Report, dated 3/17/94 | 6 |
| 18 | Disability Supplemental Interview Outline, undated | 6 |
| 19 | Statements of Claimant, undated and dated 4/13/94 | 4 |
| 20 | Report of consultative General Physical Examination by C. M. Rittelmeyer, M.D., dated 10/25/93 | 8 |

Form HA-540 US (6-88)

ATTACH TO CLAIMANTS COPY OF THE DECISION

**LIST OF EXHIBITS**                                           Page 2

Bruce C. Webster                                           -9579
_____                              _____
        (Claimant)                                      (Social Security Number)

Willie L. Webster            -5523                          **REDACTED**
_____
(Wage Earner) (Leave blank in Title XVI Cases or if name is same as above)

| EXHIBIT NO. | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 21 | Letter from Lou Jackson, Special Education Supervisor, Watson Chapel Schools, dated 11/8/93 | 1 |
| 22 | Report of consultative Psychometric Evaluation by Edward V. Hackett, Ph.D., on 10/22/93; and medical report dated 11/10/93 | 3 |
| 23 | Report of consultative Evaluation For Mental Disorders by Charles M. Spellmann, Ph.D., Palaver, Inc., dated 12/22/93 | 3 |
| 24 | Letter to F. J. Massey, Jr., Vocational Expert from ALJ Goree, dated 10/25/94 requesting testimony at hearing | 2 |
| 25 | Resume of Experience and Background of F. J. Massey, Vocational Expert, dated 7/1/93 | 1 |

Form HA-540-U6 (6-88)

ATTACH TO CLAIMANT'S COPY OF THE DECISION

# Social Security
# Notice of Reconsideration

From:   Department of Health and Human Services
      Social Security Administration

Bruce C. Webster
5219 Hepburn
Pine Bluff, AR  71603

Date:     APR 5 1994

Claim Number:   5523 REDACTED

Claim for
- [ ] Disability Insurance Benefits
- [ ] Disabled Widow, Widower Benefits
- [X] Childhood Disability Benefits
- [ ] Medicare Coverage Only

Upon receipt of your request for reconsideration we had your claim independently reviewed by a physician and disability examiner in the State agency which works with us in making disability determinations. The evidence in your case has been thoroughly evaluated; this includes the medical evidence and the additional information received since the original decision. We find that the previous determination denying your claim was proper under the law. Attached to this notice is an explanation of the decision we made on your claim and how we arrived at it. The reverse of this notice identifies the legal requirements for your type of claim.

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. Read the enclosed leaflet for a full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. You might lose benefits if you file a new application instead of filing an appeal. Therefore, if you think this decision is wrong, you should ask for an appeal within 60 days.

This decision refers only to your claim for benefits under the Social Security Disability Insurance Program. If you applied for other benefits, you will receive a separate notice when a decision is made on that claim(s).

If you have questions about your claim, you should get in touch with any Social Security office. Most questions can be handled by telephone or mail. If you visit an office, however, please take this letter with you.

Enclosure:
SSA Pub. No. 70-10281
7759
Important: See other side for additional information.▶

EXHIBIT NO._____///_____
FORM SSA-L929-U2 (2-89)

# Exhibit 2
## to Declaration of
## Kirsten E. Schubert
## in Support of Petitioner's
## Request to Seek Discovery
## from the Office of the
## United States Attorney

Bruce Carneil Webster

v.

United States of America

## DECLARATION OF LARRY M. MOORE IN SUPPORT OF MOTION FOR AUTHORIZATION TO FILE SUCCESSIVE MOTION TO VACATE SENTENCE

I, **Larry M. Moore**, declare under penalty of perjury, as follows:

1. I am an attorney duly licensed to practice law in the State of Texas, and have been so licensed since November of 1977. I am also licensed to practice before the United States District Court for the Northern District of Texas; the United States Court of Appeals for the Fifth Circuit; and the United States Supreme Court. I am Board Certified in Criminal Law by the Texas Board of Legal Specialization, and I have been so certified since 1982. I am a sole practitioner; however, I am associated and share offices with another sole practitioner, and we practice under the firm name of the Law Offices of Moore and Cummings (not a partnership).

2. I was appointed in the United States District Court for the Northern District of Texas as one of the attorneys representing Bruce Carneil Webster in his case, both at trial and upon his direct appeal to the United States Court of Appeals for the Fifth Circuit. I served as Mr. Webster's "lead counsel" at trial, and as "second chair counsel" on appeal. I

**EXHIBIT W**

was originally appointed to represent Mr. Webster at the end of October in 1994, and his case was ultimately tried during the summer of 1996. His direct appeal ended approximately October of 1999, and we subsequently obtained the appointment of alternative counsel to pursue Mr. Webster's Section 2255 Application.

3. While representing Mr. Webster, I employed one paralegal/legal assistant, Ms. Kimberly J. Whitehead (Moore), but had no other full-time employees. For purposes of Mr. Webster's trial, I secured the appointment of co-counsel to participate in the case (Dr. Allan K. Butcher), as well as a defense investigator (L. Michael Connelly and Associates), and a Mitigation Specialist (Ms. Annette Lamoreaux). Additionally, we had a number of experts appointed to assist in Mr. Webster's defense, including three mental health experts. Dr. Butcher and I also retained additional experts to assist us with various aspects of Mr. Webster's defense (including an additional mental health expert), whom we paid with our own funds. We also consulted with a number of other experts who advised and/or assisted us without compensation; however, Dr. Butcher and I were also required to pay with our own funds for some additional expenses which were incurred by some of these individuals.

4. During our representation of Mr. Webster, we came to believe that the issue regarding Mr. Webster's mental retardation was going to be a critical issue in Mr. Webster's defense. For that reason, we made every effort which we were able to make, in an attempt to secure any and all evidence which might relate to the issue of Mr. Webster's mental retardation. In that regard, we were apprised at some point by Mr. Webster's family that an application had been made for social security disability benefits on Mr.

Webster's behalf; and we were further advised that some testing may have been done of Mr. Webster attendant to that application. We contacted the Social Security Administration District Office in Pine Bluff, Arkansas, and requested that we be provided with copies of any and all records that might exist pertaining to Mr. Webster, pursuant to a written release which I had obtained from Mr. Webster for that purpose. We also arranged for our defense investigator to retrieve any records which the Social Security Administration might locate during a trip to Pine Bluff, Arkansas, during March of 1996. I have reviewed the copies of the Social Security Administration records pertaining to Mr. Webster's application for benefits that have been provided to me by Mr. Oliver McKinstry of the Dorsey Whitney Law Firm. I do not recall ever having seen these records before, and to the best of my recollection, they were never provided to us by the Social Security Administration pursuant to the request we made during our preparation for trial. I have not had access to my case file regarding Mr. Webster's case since I originally provided it several years ago to the attorneys representing Mr. Webster in his original Section 2255 application. For that reason, I have been unable to review any notes which I may have made, or which may have been provided to me by our investigator, regarding the result of our investigator's trip in Arkansas in March of 1996; particularly in regard to any response that might have been made to our request for the production of any Social Security Administration records that might exist regarding Mr. Webster. While I do not currently have any direct recollection of the response which we received, it is my good faith belief that we must have been told that no records regarding Mr. Webster existed, otherwise we would have continued to pursue them by every means available to us.

5. In my opinion, the Social Security Administration records which I have reviewed could have been important during the trial on the issue of Mr. Webster's mental retardation, as the testing conducted attendant to Mr. Webster's claim for benefits predates the offense for which he was convicted. Additionally, the anecdotal information provided in the records regarding Mr. Webster's adaptive functioning would have provided support for our experts' determinations of the deficits in those areas of adaptive functioning they found to exist relative to Mr. Webster.

6. During my representation of Mr. Webster, I also attempted to obtain any and all records which might exist regarding Mr. Webster's abuse or mistreatment as a child. To that end, I requested that I be provided with copies of any and all such records that might be in the possession of the Arkansas Department of Human Services. I was ultimately advised by the Arkansas Department of Human Services Division of Children and Family Services that they were unable to locate any such information pertaining to Mr. Webster within the Child Maltreatment Central Registry of the Department, and we never received any such records from them.

7. Although I have heretofore neither been provided with, nor had the opportunity to review the Motion for Authorization to File Successive Motion to Vacate Sentence which I understand is to be filed on Mr. Webster's behalf, I have nonetheless provided this Declaration in support of such an application.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge

Dated: _10-20-09_

_Larry M. Moore_
Larry M. Moore
Attorney at Law
Texas State Bar No. 14357800
Law Offices of Moore and Cummings
4210 West Vickery Blvd.
Fort Worth, Texas 76107
Telephone Number: 817-338-4800
Fax: 817-989-2442

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge

Dated: 10-20-09

Larry M. Moore
**Attorney at Law**
Texas State Bar No. 14357800
Law Offices of Moore and Cummings
4210 West Vickery Blvd.
Fort Worth, Texas 76107
Telephone Number: 817-338-4800
Fax: 817-989-2442

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, a copy of the foregoing

**DECLARATION OF KIRSTEN E. SCHUBERT IN SUPPORT OF**

**PETITIONER'S REQUEST TO SEEK DISCOVERY FROM THE OFFICE OF**

**THE UNITED STATES ATTORNEY** was filed electronically.  Notice of this filing

was made on all EFC-registered counsel by operation of the court's electronic filing

system.  Parties may access this filing through the Court's system.

Dated:  February 29, 2016

By  s/Kirsten E. Schubert<br>Kirsten E. Schubert

DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868