UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,
          Petitioner,

v.

CHARLES LOCKETT,
          Respondent.

Cause No.     2:12-CV-86-WTL-MJD

## DECLARATION OF TIMOTHY W. FUNNELL

I, Timothy W. Funnell, declare as follows:

1.     I am an attorney in the United States Attorney's Office, Northern District of Texas, and I have been appointed a Special Assistant United States Attorney in this matter. I submit this Declaration in opposition to Petitioner's Request to Seek Discovery from the Office of the United States Attorney.

2.     I attach hereto three exhibits that are true and correct copies of the following declarations: Exhibit 1 is the declaration of Richard B. Roper; Exhibit 2 is the declaration of Delonia A. Watson; and Exhibit 3 is the declaration of Edmond F. Grant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2016

*s/Timothy W. Funnell*

_____
Timothy W. Funnell

Page **1** of **1**