# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,
          Petitioner,

v.

CHARLES LOCKETT,
          Respondent.

Cause No.     2:12-CV-86-WTL-MJD

## DECLARATION OF EDMOND F. GRANT

I, Edmond F. Grant, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation assigned to the Dallas Field Office. I am assisting the U.S. Attorney's Office in the Northern District of Texas relative to this Section 2241 petition filed by Bruce Carneil Webster.

2. In preparing this declaration, I reviewed Webster's Brief In Support Of Petitioner's Request To Seek Discovery From The Office Of The United States Attorney (Dkt. No. 63), the Declaration Of Kirsten E. Schubert (Dkt. No. 64), and Exhibits One and Two that are attached to Schubert's Declaration (Dkt. Nos. 64-1, 64-2.) In those filings, Webster refers to "SSA Evidence." (Dkt. No. 63 at 2.) I am very familiar with the referenced "SSA Evidence" because it forms the basis of Webster's Section 2241 petition at issue here.

3. On September 21, 2015, at the request of the U.S. Attorney's Office, I contacted the Social Security Administration ("SSA") Office in Pine Bluff, Arkansas to determine how the SSA responded to Webster's request for the SSA Evidence, and whether the SSA Evidence still exists. To my knowledge, this is the first time that the

Page **1** of **2**

U.S. Attorney's Office or any agency acting on its behalf has contacted the SSA for records regarding Webster, including the SSA Evidence.  I was informed by the SSA that pursuant to agency policy, the physical records of the SSA Evidence were destroyed and no digital copy was retained.  I have interviewed other SSA employees since my initial inquiry, including Special Agent Joseph Luna of the SSA's Office of Inspector General in Dallas, and none of them have been able to produce the SSA Evidence.  Agent Luna indicated that Webster was the subject of two SSA claims, and that the records regarding the claims were destroyed in 2001 and 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2016                    s/Edmond F. Grant

                                        _____

                                        Edmond F. Grant