UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

        vs.                            CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

        Respondent.

**SUPPLEMENTAL DECLARATION OF KIRSTEN E. SCHUBERT
IN SUPPORT OF PETITIONER'S REQUEST TO SEEK DISCOVERY FROM
THE OFFICE OF THE UNITED STATES ATTORNEY**

I, Kirsten E. Schubert, declare as follows:

1.      I am an attorney at the law firm of Dorsey & Whitney LLP, counsel for Petitioner Bruce Carneil Webster in this matter.  I submit this Supplemental Declaration in support of Petitioner's Request to Seek Discovery from the Office of the United States Attorney.

2.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpted pages from the "Government's Exhibit List" in Mr. Webster's criminal trial.

3.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpted pages from Volume 23 of the transcript of Mr. Webster's criminal trial.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  March 14, 2016                          s/Kirsten E. Schubert

                                                _____

                                                Kirsten E. Schubert




**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2016, a copy of the foregoing

SUPPLEMENTAL DECLARATION OF KIRSTEN E. SCHUBERT

IN SUPPORT OF PETITIONER'S REQUEST TO SEEK DISCOVERY FROM THE

OFFICE OF THE UNITED STATES ATTORNEY with exhibits was filed

electronically.  Service of this filing will be made on all ECF-registered counsel by

operation of the court's electronic filing system.  Parties may access this filing through

the court's system.


                                        s/Kirsten E. Schubert

                                        _____

                                        Kirsten E. Schubert


2