# EXHIBIT 3

COPY



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | NO. **4:94-CR-121-Y** |
| | * | |
| BRUCE CARNEIL WEBSTER (1) | * | |

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1.a | R. Shipp<br>J. Stanton<br>P. Rene | Copy of Cassette tape of 911 call dated 9/24/94 | _____ | _____ | _____ |
| 1.b | R. Shipp | Transcript of 911 call dated 9/24/94 | _____ | _____ | _____ |
| 1.c | R. Shipp<br>J. Stanton<br>N. De Los Santos | Original reel-to-reel 911 tape dated 9/24/94 | _____ | _____ | _____ |
| 2.a | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |
| 2.b | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |
| 2.c | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |
| 2.d | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |
| 2.e | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |
| 2.f | T. Hayden<br>S. Wheetley | Photograph of the Polo Run Apartments | _____ | _____ | _____ |

EXHIBIT 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 89. | G. Floyd J. Stanton | Written statement of Bruce Webster | _____ | _____ | _____ |
| 90. | Dixie Stout Judge M. Smith | Arlington P.D. Arrest warrant for Webster | _____ | _____ | _____ |
| 91. | J. Hubanks | Probable cause determination, information, and police reports from Pine Bluff, Police Dept. | _____ | _____ | _____ |
| 92. | G. Floyd J. Ford | Typed statement of Demetrius Hall | _____ | _____ | _____ |
| 93.a | G. Floyd J. Ford | Typed statement of Steven Beckley dated 9/29/94 | _____ | _____ | _____ |
| 93.b | J. Ford J. Stanton | Typed and written Statement of Steven Beckley dated 10/1/94 | _____ | _____ | _____ |
| 94.a | C. Cheek | Tape of Detention Hearing re: Bruce Webster | _____ | _____ | _____ |
| 94.b | | Transcript of Detention Hearing re: Bruce Webster | _____ | _____ | _____ |
| 95.a | C. Cheek | Tape of Initial Appearance re: Bruce Webster | _____ | _____ | _____ |
| 95.b | | Transcript of Initial Appearance re: Bruce Webster | _____ | _____ | _____ |
| 96. | A. Blue | Arkansas State Police Instruction Permit for Webster | _____ | _____ | _____ |
| 97. | Custodian of Records | Southeast Arkansas Mental Health records re: Webster | _____ | _____ | _____ |
| 98. | Custodian of Records | Jefferson Regional Medical Center records re: Webster | _____ | _____ | _____ |
| 99.a | E. C. Turner | Achievement Tests re: Webster | _____ | _____ | _____ |

GOVERNMENT'S EXHIBIT LIST
United States v. BRUCE CARNEIL WEBSTER
No. 4:94-CR-121-Y

EXHIBIT 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 99.b | E. C. Turner | School records re: Webster | _____ | _____ | _____ |
| 100. | J. Jones or Custodian of Records M. Hollien | Southeast Arkansas Economic Development District records re: Webster | _____ | _____ | _____ |
| 100. | B. Kelley | Pen Packet of Arkansas Dept. of Correction Bruce Webster | _____ | _____ | _____ |
| 101. | B. Kelley | Arkansas Department of Corrections records Bruce Webster | _____ | _____ | _____ |
| 102. | G. Barber | Parole Records of Bruce Webster and Arkansas Department of Corrections Parole Services Monthly Supervision Reports | _____ | _____ | _____ |
| 103. | R. Geiger or Custodian of Records | Juvenile Records of Bruce Webster | _____ | _____ | _____ |
| 104. | R. Geiger or Custodian of Records | Probation Records of Bruce Webster | _____ | _____ | _____ |
| 105. | L. Anders | Immunity letter to LaTonya Anders | _____ | _____ | _____ |
| 106.a | A. Rene | Victim Impact Statement Agnes & Nicholson Rene | _____ | _____ | _____ |
| 106.b | P. Rene | Victim Impact Statement Pearl Rene | _____ | _____ | _____ |
| 106.c | | Victim Impact Statement Other relatives of Lisa Rene | _____ | _____ | _____ |
| 106.d | | Various letters, poems, etc. from Lisa Rene's friends and others | _____ | _____ | _____ |

GOVERNMENT'S EXHIBIT LIST
United States v. BRUCE CARNEIL WEBSTER
No. 4:94-CR-121-Y

EXHIBIT 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 107. | Anita Floyd or Custodian of Records AT & T | AT & T Records | | | |
| 108. | Jerry Slaughter or Custodian of Records Sprint | Sprint Records | | | |
| 109. | | Chart | | | |
| 110. | G. Burke or Custodian of Records Alamo Rent-a-Car | Alamo Rent-a-Car, Inc. rental agreements: #4106102148, dated 6/94; #4106233412, dated 7/94; and #4106404969, dated 9/94, in the name of Cassandra Ross | | | |
| 111. | G. Cardinale | Diagram of Mansfield Law Enforcement Center | | | |
| 112. | Custodian of Records | Medical records for Sylvia Henry from Jefferson County Regional Medical Center | | | |
| 113. | J. Hubanks | Various offense reports from Pine Bluff Police Department re: Webster | | | |
| 114. | | Watson Chapel Jr./High Teacher info, if any | | | |
| 115. | G. Parker | Evaluation | | | |
| 116. | R. Coons | Evaluation | | | |
| 117. | S. Michau | Garland County records re: Webster | | | |
| 118.a | G. Cardinale | Inmate file re: Webster from Mansfield Law Enforcement Center | | | |
| 118.b | G. Cardinale | Medical records re: Webster from Mansfield Law Enforcement Center | | | |

EXHIBIT 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 119.a | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.b | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.c | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.d | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.e | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.f | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.g | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.h | G. Cardinale K. Bersano | Photograph of Mansfield Law Enforcement Center | _____ | _____ | _____ |
| 119.i | G. Cardinale | Wire from Mansfield Law Enforcement Center | _____ | _____ | _____ |

Respectfully submitted,

PAUL E. COGGINS
UNITED STATES ATTORNEY

RICHARD B. ROPER
ASSISTANT UNITED STATES ATTORNEY
State Bar of Texas No. 17233700
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
Telephone Number: 817/334-3291

GOVERNMENT'S EXHIBIT LIST
United States v. BRUCE CARNEIL WEBSTER
No. 4:94-CR-121-Y

Page 31

EXHIBIT 3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was served upon Larry Moore, 1112A East First, Fort Worth, TX 76102 and Allan Butcher, 201 Main Street, Suite 1300, Fort Worth, TX 76102, counsel for BRUCE CARNEIL WEBSTER, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this ___ day of February, 1996.

_____
RICHARD B. ROPER
ASSISTANT UNITED STATES ATTORNEY

GOVERNMENT'S EXHIBIT LIST
United States v. BRUCE CARNEIL WEBSTER
No. 4:94-CR-121-Y                                                                 Page 32

EXHIBIT 3



EXHIBIT 3