UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                                    CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.

## PETITIONER'S UNOPPOSED MOTION TO SET TELEPHONIC STATUS CONFERENCE

Petitioner Bruce Carneil Webster, through his undersigned counsel, moves the court to set a telephonic status conference for the week of December 18, 2017, or such other time as may be convenient for the Court.

In support of this Motion, the Petitioner states as follows:

1. Pursuant to the Seventh Circuit's May 1, 2015 Order, *see Webster v. Daniels*, 784 F.2d 1123 (7th Cir. 2015), this case was remanded to determine (1) whether certain Social Security records that Petitioner contends establish that he is intellectually disabled were unavailable to Petitioner and his counsel at the time of trial and (2) if so, whether Petitioner is intellectually disabled and thus categorically ineligible for the death penalty.

2. On November 10, 2015, the parties submitted a Rule 16-2 Statement of Position of the Parties to the Court [Dkt. No. 55].

4843-2467-5927\1

3.     On February 11, 2016, the Court held a telephonic status conference with the parties.  As part of that status conference, Petitioner raised issue regarding his desire to seek discovery from the Social Security Administration and from the Office of the United States Attorney.

4.     On February 12, 2016, the Court entered an Order [Dkt. No. 62]: (1) bifurcating the proceedings, such that the Court will first address whether the Social Security records were unavailable to Petitioner and whether his trial counsel exercised due diligence; (2) permitting Petitioner to seek discovery from the Social Security Administration subject to *United States ex rel. Touhy v. Ragen et al.*, 340 U.S. 462 (1951); and (3) ordering additional briefing on whether Petitioner may seek discovery from the United States Attorney's Office for the Northern District of Texas.

5.     On March 24, 2016, following submission of briefing by the parties, the Court entered an Order granting in part Petitioner's Request to Seek Discovery from the Office of the United States Attorney [Dkt. No. 69].

6.     Since the Court's March 24, 2016 Order, Petitioner has sought and received discovery from the United States Attorney's Office for the Northern District of Texas. Petitioner is currently attempting to resolve, with the assistance of the United States Attorney's Office for the Northern District of Texas, issues relating to its request for documents and testimony from the Social Security Administration.  To the extent that these issues cannot be timely resolved, Petitioner anticipates filing a motion to compel production of the requested documents and testimony.

7. Petitioner requests that the Court set a telephonic status conference to address the status of the case, including scheduling and any other matters that may be brought before the Court.

8. Counsel for Petitioner has conferred with counsel for Respondent regarding this Motion. Respondent's counsel has advised that Respondent does not oppose the Motion.

9. Counsel for both parties would be available for a status conference on December 20, 21, or 22, 2017.

Dated: November 27, 2017        DORSEY & WHITNEY LLP

By  s/Kirsten E. Schubert_____
    Steven J. Wells
    *Admitted pro hac vice*
    Kirsten E. Schubert
    *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN  46204
Telephone:  (317) 383-3520
Facsimile:  (317) 383-3525

*Attorneys for Petitioner Bruce Carneil Webster*