UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                           CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.

## [PROPOSED] ORDER

This matter having come before the Court on the Petitioner's Unopposed Motion to Set Telephonic Status Conference, this Court, having considered the above action and matters which are pending, makes the following rulings:

1.      The Petitioner's Unopposed Motion to Set Telephonic Status Conference is GRANTED; and

2.      The telephonic status conference is set for [date] at [time].

IT IS SO ORDERED.

Dated: _____                      _____

                                            Hon William T. Lawrence, Judge
                                            United States District Court
                                            Southern District of Indiana

4843-2467-5927\1