UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                      CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.

## **ORDER**

This matter having come before the Court on the Petitioner's Unopposed Motion

to Set Telephonic Status Conference, this Court, having considered the above action and

matters which are pending, makes the following rulings:

1.      The Petitioner's Unopposed Motion to Set Telephonic Status Conference is

GRANTED; and

2.      The telephonic status conference is set for December 21, 2017 at 10:00 a.m. The
        parties shall call (317) 229-3610 to initiate the conference.

IT IS SO ORDERED.

Date: 11/28/17

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF