UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,       )
                             )
        Petitioner,          )
                             )
v.                           )        Cause No. 2:12-cv-86-WTL-MJD
                             )
CHARLES L. LOCKETT, WARDEN,  )
UNITED STATES PENITENTIARY,  )
TERRE HAUTE (USP),           )
                             )
        Respondent.          )

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY KATHRYN JOHNSON

Kirsten E. Schubert of the law firm of Dorsey & Whitney LLP, pursuant to S. D. Ind.

Local Rule 83-6(a), hereby moves this court for an Order granting Kathryn A. Johnson of Dorsey

& Whitney LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf

of Bruce Carneil Webster in the above-styled cause only. In support of this motion, the

undersigned states:

1. The Certification of Kathryn A. Johnson, as required by S.D. Ind. Local Rule 83-6(b),

is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been

submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting Kathryn A. Johnson leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 30, 2017

Respectfully submitted,

/s Kirsten E. Schubert
Kirsten E. Schubert (admitted *pro hac vice)*
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
(612) 340-2868
Schubert.kirsten@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Kathryn A. Johnson was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s Kirsten E. Schubert
Kirsten E. Schubert (admitted *pro hac vice)*
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
(612) 340-2868
Schubert.kirsten@dorsey.com