UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,                    )
                                          )
            Petitioner,                   )
                                          )
v.                                        )    Cause No. 2:12-cv-86-WTL-MJD
                                          )
CHARLES L. LOCKETT, WARDEN,               )
UNITED STATES PENITENTIARY,               )
TERRE HAUTE (USP),                        )
                                          )
            Respondent.                   )

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Kirsten E. Schubert of the law firm of Dorsey & Whitney LLP, seeking an Order granting Kathryn A. Johnson of Dorsey & Whitney LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Bruce Carneil Webster in the above-styled cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kathryn A. Johnson
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
TEL: (612) 340-2600
FAX: (612) 340-2868
johnson.kate@dorsey.com

        Dated: _____

                                          _____
                                          Judge William Lawrence
                                          United States District Court
                                          Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

Kathryn A. Johnson
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402