UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,           )
                                 )
                Petitioner,      )
                                 )
        v.                       )        No. 2:12-cv-00086-WTL-MJD
                                 )
CHARLES LOCKETT,                 )
                                 )
                Respondent.      )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Kathryn A. Johnson to appear and

participate *pro hac vice* as counsel for Petitioner in the above-captioned cause only. [Dkt. 73.]  The

Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Kathryn A. Johnson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
TEL:  (612) 340-2600
FAX: (612) 340-2868
johnson.kate@dorsey.com

If not already registered with the Court's Electronic Filing System, Kathryn A. Johnson is

ordered to register **within ten (10) days of the entry of this order**.

SO ORDERED.

Dated:  1 DEC 2017         _____
                          Mark J. Dinsmore
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

To PHV Applicant via U.S. Mail:

Kathryn A. Johnson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402