**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **BRUCE CARNEIL WEBSTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **Cause No. 2:12-cv-86-WTL-MJD** |
| | ) | |
| **CHARLES LOCKETT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ENTRY REGARDING STATUS CONFERENCE

A telephonic status conference on this matter was held on December 21, 2017. Attorneys Steven Wells, Kirsten Schubert, and Monica Foster appeared for Bruce Webster. Attorneys Jay Weimer and Tim Funnell appeared for Charles Lockett.

Webster's counsel updated the Court as to their efforts to obtain records and other information from the Social Security Administration ("SSA"). They informed the Court that they plan to file a motion asking the Court to issue subpoenas to the SSA. Any such motion shall be filed by **January 5, 2018**. Any response shall be filed by **February 2, 2018**, and any reply shall be filed by **February 16, 2018**.

The parties requested that the Court schedule a hearing on the threshold issues of whether the Social Security records were unavailable to Webster and whether his trial counsel exercised due diligence. That hearing is scheduled to begin on **June 18, 2018 at 9 a.m.** The Court has blocked out a week from its calendar for the hearing. The Court will make a decision at a later date as to whether the hearing will be held in Indianapolis or Terre Haute.

SO ORDERED: 12/27/17

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.