BRUCE CARNEIL WEBSTER,

        Petitioner,

vs.                                CAUSE NO. 2:12-cv-86-WTL-MJD
                                     Judge William T. Lawrence

CHARLES LOCKETT,

        Respondent.

## PETITIONER'S MOTION TO ISSUE A SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION

Pursuant to Federal Rule of Civil Procedure 45, Petitioner Bruce Carneil Webster hereby moves the Court to issue a subpoena compelling the Social Security Administration to produce documents and testimony specified in **Exhibits A and B**, attached hereto.  This Motion to Issue a Subpoena is based upon the accompanying Memorandum in Support of Petition's Motion to Issue a Subpoena, the exhibits thereto, all the files, records, and proceedings herein, and such other evidence as the Court may permit at the hearing of this matter.

Dated:  January 5, 2018        DORSEY & WHITNEY LLP


By  s/ Kirsten E. Schubert_____
    Steven J. Wells
    *Admitted pro hac vice*
    Kirsten E. Schubert
    *Admitted pro hac vice*
    Kathryn A. Johnson
    *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY
DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN  46204
Telephone:  (317) 383-3520
Facsimile:  (317) 383-3525

*Attorneys for Petitioner Bruce Carneil Webster*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2018, the foregoing MOTION TO ISSUE A SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

I further certify that on the 5th day of January, 2018, the foregoing MOTION TO ISSUE A SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION was served via First Class Mail upon the General Counsel for the Social Security Administration, Room 611, Altmeyer Building, 6401 Security Boulevard, Baltimore, MD 21235, pursuant to 20 C.F.R. § 423.3.

By  s/ Kirsten E. Schubert
Kirsten E. Schubert