# Exhibit B
# to Bruce Carneil Webster's Motion to Issue a Subpoena to the Social Security Administration

**Schedule A—Subpoena for Testimony**

**I.      Definitions**

6.      "Social Security Administration" or "SSA" means the agency, including all of its divisions, field offices, branches, or other subdivisions, and all former and current representatives, commissioners, officers, employees, independent contractors, agents, or other individuals acting on behalf of the Social Security Administration.

7.      "Webster" means Bruce Carneil Webster.

8.      "Social Security Evidence" means the records provided by the SSA to undersigned counsel in 2009.

9.      "Webster's Case" means the criminal case against Bruce Carneil Webster in the United States District Court for the Northern District of Texas (*United States v. Webster*, Case No. 4:94- CR-121-Y) and all related litigation, including his direct or collateral appeals (*United States v. Webster*, Case. No. 96-11224 (5th Cir.); *Webster v. United States*, Case No. Civ. A 4:00-CV-1646 (N.D. Tex.); *United States v. Webster*, Case. No. 03-11194 (5th Cir.); *In re Webster*, Case No. 09-11039 (5th Cir.)), clemency, the current legal proceedings, and any and all related proceedings and investigations.

10.     "United States Attorney's Office" means the United States of America, the Department of Justice, the United States Attorney's Office and all employees, representatives, agents, or others acting on its behalf, including the Federal Bureau of Investigation.

**II.     Testimony to be Produced**

1.      The Social Security Administration, through its agents or representatives, shall provide deposition testimony regarding the following topics.

a)    evaluations, testing, determinations, claims, and all other documents related to Webster's 1993 request for SSA benefits;

b)    all requests for Webster's records at or near the time of his 1996 trial, and the SSA's response;

c)    all requests for Mr. Webster's records from 2008 to present, and the SSA's response;

d)    SSA's communications with representatives for Webster or the United States Attorney's Office relating to Webster or Webster's case;

e)    all documents and information provided to Webster or the United States Attorney's Office regarding Webster or his case;

f)    identities of SSA representatives who responded to requests for information relating to Webster's files, including the individuals who produced the SSA Evidence in 2009, destroyed Webster's files, and communicated with the United States Attorney's Office regarding Webster or Webster's case;

g)    the handling of Webster's records or requests for those records, including the nature and circumstances of the SSA's response to requests for records, the SSA's production of records, and the SSA's maintenance and destruction of records;

h)    regulations, policies, and procedures regarding the creation, maintenance, production, handling, and destruction of Webster's records, including any requests for records or communications relating to his records; and

i)    any and all other documents or information produced to the United States Attorney's Office in the course of this litigation.