UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.

CHARLES LOCKETT,

Respondent.

CAUSE NO. 2:12-cv-86-WTL-MJD
Judge William T. Lawrence

**[PROPOSED] ORDER**

This matter having come before the Court on the Petitioner's Motion to Issue a Subpoena, this Court, having considered the above action and matters which are pending, makes the following rulings:

1.    The Petitioner's Motion to Issue a Subpoena is GRANTED.

2.    Within 14 days of this Order, the Social Security Administration shall (A) produce all documents and records responsive to the categories listed on Exhibit A to Petitioner's Motion, and (B) identify and make all necessary representatives available to testify to all topics listed in Exhibit B to the Motion.

IT IS SO ORDERED.

Dated: _____

Hon William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

Service on the listed individuals will be made via first-class U.S. Mail:

General Counsel, Social Security Administration
Room 611, Altmeyer Building
6401 Security Boulevard, Baltimore, MD 21235