UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.

CHARLES LOCKETT,

Respondent.

CAUSE NO. 2:12-cv-86-WTL-MJD
Judge William T. Lawrence

**DECLARATION OF KIRSTEN E. SCHUBERT IN SUPPORT OF PETITIONER'S MOTION TO ISSUE A SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION**

I, Kirsten E. Schubert, hereby declare and state as follows:

1. I am an attorney at the law firm of Dorsey & Whitney LLP ("Dorsey") an counsel for Petitioner Bruce Carneil Webster. I submit this Declaration in support of Petitioner's Motion to Issue a Subpoena to the Social Security Administration.

2. Attached as **Exhibit A** is a true and correct copy of an April 19, 2016 letter from Dorsey, on behalf of Webster, to the Social Security Administration ("SSA"), inclusive of all exhibits. The pagination in the lower right-hand corner of Exhibit A has been added for purposes of this motion for the convenience of the Court, and does not appear in the original document.

3. Attached as **Exhibit B** is a true and correct copy of a June 22, 2016 email that Dorsey received from Henry Velte, Assistant Regional Counsel for the SSA's Office of General Counsel.

4. Attached as **Exhibit C** is a true and correct copy of a September 23, 2016 letter that Dorsey received from Mitchell R. Chitwood, Associate General Counsel for General Law for the SSA.

5. Attached as **Exhibit D** is a true and correct copy of a July 17, 2017 letter sent by my colleague, Kate Johnson, on behalf of Webster, to Mr. Chitwood, excluding the exhibits thereto.

6. Attached as **Exhibit E** is a true and correct copy of a July 27, 2017 email that Dorsey received from Mr. Velte.

7. Attached as **Exhibit F** is a true and correct copy of a November 15, 2017 letter that I sent, on behalf of Webster, to Mssrs. Chitwood and Velte, excluding the exhibits thereto.

8. Attached as **Exhibit G** is a true and correct copy of a November 29, 2017 letter that Dorsey received from Mr. Chitwood.

9. Attached as **Exhibit H** is a true and correct copy of a September 22, 2015 summary of Special Agent Grant's conversation with SSA employee Michael Ferguson, as produced to Dorsey by the United States Attorney's Office in connection with this litigation.

10. Attached as **Exhibit I** is a true and correct copy of an October 1, 2015 summary of Special Agent Grant's conversation with SSA employee Sharon Ward, as

produced to Dorsey by the United States Attorney's Office in connection with this litigation.

11. Attached as **Exhibit J** is a true and correct copy of a September 2015 email chain between SSA employee Sharon Ward and Special Agent Grant, as produced to Dorsey by the United States Attorney's Office in connection with this litigation.

12. Attached as **Exhibit K** is a true and correct copy of a January 6, 2016 summary of Special Agent Grant's conversation with SSA employee Kendall Rees, as produced to Dorsey by the United States Attorney's Office in connection with this litigation.

13. Attached as **Exhibit L** is a true and correct copy of a January 5, 2016 letter from Special Agent Grant to Special Agent Joseph Luna of the SSA Office of the Inspector General, as produced to Dorsey by the United States Attorney's Office in connection with this litigation.

14. Attached as **Exhibit M** is a true and correct copy of a May 18, 2016 letter from SSA employee Jennifer Gunn to Special Agent Grant, as produced to Dorsey by the United States Attorney's Office in connection with this litigation.

15. Attached as **Exhibit N** is a true and correct copy of a records retention schedule identified as N1-047-04-002.

16. Attached as **Exhibit O** is a true and correct copy of SSA records retention schedules N1-047-88-002, N1-047-89-001, N1-047-95-002, N1-047-95-001, N1-047-03-001, and N1-047-05-001.

17.     Certain documents attached to this Declaration have been redacted to remove personal information.

18.     Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.


Dated:  January 5, 2018                                        s/Kirsten E. Schubert
                                                              Kirsten E. Schubert