IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,
          Movant,

v.                                         No.    2:12-CV-086-WTL-MJD

CHARLES LOCKETT, Warden,
          Respondent.

## NOTICE OF APPEARANCE

Please enter the appearance of Tami Parker, Special Assistant United States

Attorney, as co-counsel for the Respondent.

                                  Respectfully submitted,

                                  JOSH J. MINKLER
                                  UNITED STATES ATTORNEY

          By:    *s/ Tami Parker*
                  Tami Parker
                  Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on January 25, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically.   Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system: Kirsten E. Schubert, Monica Foster and Steven J. Wells. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Bruce Carneil Webster, Register No. 26177-077, USP Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808.

*s/ Tami Parker*
Tami Parker
Special Assistant United States Attorney
Office of the United States Attorney
10 West Market Street
Indianapolis, IN 46204-3048