UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.                                   CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

Respondent.

## PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Petitioner Bruce Carneil Webster, through his undersigned counsel, moves for an enlargement of time to submit his Reply in Support of Petitioner's Motion to Issue a Subpoena to the Social Security Administration.

In support of this Unopposed Motion, the Petitioner states as follows:

1.     In accordance with the Court's December 27, 2017 Entry Regarding Status Conference, Petitioner submitted his Motion to Issue a Subpoena to the Social Security Administration on January 5, 2018.

2.     On February 2, 2018, Respondent submitted its Memorandum in Support of His Response in Opposition to the Issuance of the Subpoena and supporting papers.

3.     Under Court's December 27, 2017 Entry Regarding Status Conference, Petitioner's Reply would be due on February 16, 2018.

4.     Petitioner now moves this Court for an order extending the time by which Petitioner is permitted to submit his Reply by 7 days, to February 23, 2018.

4843-2467-5927\1

5.      This Motion is not made for the purpose of causing delay, but so that Petitioner can make a fulsome and reasoned Reply to Respondent's Memorandum in Support of His Response in Opposition to the Issuance of the Subpoena, which raises a number of legal and factual issues.

6.      Respondent has advised Petitioner that it does not object to Petitioner's request for an extension of time.


Dated: February 15, 2018                    DORSEY & WHITNEY LLP


By  s/Kathryn A. Johnson_____
    Steven J. Wells
    *Admitted pro hac vice*
    Kirsten E. Schubert
    *Admitted pro hac vice*
    Kathryn A. Johnson
    *Admitted pro hac vice*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY
DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN  46204
Telephone:  (317) 383-3520
Facsimile:  (317) 383-3525

*Attorneys for Petitioner Bruce Carneil Webster*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Counsel for Respondent may access this filing through the court's system.

By _s/Kathryn A. Johnson_____
Kathryn A. Johnson