UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

        Petitioner,

vs.                         CAUSE NO. 2:12-cv-86-WTL-MJD

CHARLES LOCKETT,

        Respondent.

## [PROPOSED] ORDER

This matter having come before the Court on the Petitioner's Unopposed Motion for Enlargement of Time, this Court, having considered the above action and matters which are pending, makes the following rulings:

1.      The Petitioner's Unopposed Motion for Enlargement of Time [DOCKET NO] is GRANTED; and

2.      Respondent shall have up to and through February 23, 2018 to Reply to Respondent's Memorandum in Support of His Response in Opposition to the Issuance of the Subpoena.

      IT IS SO ORDERED.

Dated:                                       _____

                                        Hon William T. Lawrence, Judge
                                        United States District Court
                                        Southern District of Indiana

4843-2467-5927\1

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Counsel for Respondent may access this filing through the court's system.

By s/Kathryn A. Johnson_____
Kathryn A. Johnson
