UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER, )
)
Petitioner, )
)
v. ) No. 2:12-cv-00086-WTL-MJD
)
CHARLES LOCKETT, )
)
Respondent. )

## ORDER

This matter comes before the Court on the Petitioner's Unopposed Motion for

Enlargement of Time. [Dkt. 82.] The Court, being duly advised, hereby **GRANTS** the

motion. Respondent's Memorandum in Support of His Response in Opposition to the

Issuance of the Subpoena shall be due on or before **February 23, 2018**.

SO ORDERED.

Dated: 16 FEB 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.