IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,
        Petitioner

v.

CHARLES LOCKETT,
        Respondent.

CAUSE NO. 2:12-CV-86-WTL-MJD
Judge William T. Lawrence

**ORDER**

The Court, having considered Respondent's Motion for Leave to File a Surreply,

now GRANTS the motion.

IT IS THEREFORE ORDERED that Respondent's Surreply in Opposition to

Petitioner's Motion for Issuance of a Subpoena is deemed filed as of the date of this

Order.


Date:_____

_____
Hon. William T. Lawrence
United States District Court
Southern District of Indiana


*Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.