IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,
          Petitioner

v.

CHARLES LOCKETT,
          Respondent.

CAUSE NO. 2:12-CV-86-WTL-MJD
Judge William T. Lawrence

## REPLY IN SUPPORT OF RESPONDENT'S MOTION FOR LEAVE TO FILE A SURREPLY TO THE MOTION FOR THE ISSUANCE OF A SUBPOENA

Respondent Charles Lockett, in brief reply to Petitioner Bruce Carneil Webster's

Response in Opposition to Respondent's Motion to File a Surreply would show the Court

as follows:

Webster's Response complains that the United States' motion suggests that it

learned of Webster's difficulties obtaining SSA Evidence in 2015, when the United

States was put on notice of those difficulties in a pleading in 2012. (Dkt. No. 87 at

PageID 4033). Webster is correct. The United States' motion does read as though it

learned of Webster's difficulties in 2015. The undersigned Assistant United States

Attorney did not intend to make an inaccurate representation of the facts, and sincerely

apologizes to the Court and Webster for the same. What the United States was

attempting to convey was only that it was well after the SSA Evidence was purportedly

destroyed that United States Attorney's Office was made aware that the evidence had

existed at all, but had been destroyed. And it was only after the Seventh Circuit's remand

**Reply in Support of Motion for Leave to File a Surreply – Page 1**

that the United States began investigating the issue in 2015 by requesting an FBI agent to contact the Social Security Administration regarding the records. (*See* Dkt. No. 67-4 (declaration of FBI SA Edmond Grant.)

The error referenced above does not change the analysis for why the United States should be permitted to file a surreply to defend against direct claims that it engaged in malfeasance. But it should not have happened, and again, the undersigned AUSA apologizes.

WHEREFORE, Respondent respectfully requests leave of this Court to file a surreply in opposition to Webster's motion.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/ *Tami C. Parker*
Tami C. Parker
Assistant United States Attorney
Texas State Bar No. 24003946
Burnett Plaza, Suite 1700
801 Cherry Street - Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5458
E-Mail: tami.parker@usdoj.gov

*Attorney for Respondent USA*

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2018, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is also being served this day on all counsel of record as listed on the CM/ECF's notice of electronic filing.

s/ *Tami C. Parker*
Tami C. Parker
Assistant United States Attorney
