UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

Petitioner,

vs.

CAUSE NO. 2:12-cv-86-WTL-MJD
Judge William T. Lawrence

CHARLES LOCKETT, WARDEN,
UNITED STATES PENITENTIARY,
TERRE HAUTE (USP),

Respondent.

## PETITIONER'S HEARING EXHIBIT LIST

Set forth below is the Exhibit List of Petitioner Bruce Carneil Webster.

| Ex # | Date | Description | Document Identifier | Date Offered | Objection | Date Admitted |
|------|------|-------------|---------------------|--------------|-----------|---------------|
| P001 | 10/12/2012 | Supplemental Declaration of K. LeRoux | Case 2:12-cv-00086-WTL-WGH Document 25 | | | |
| P002 | 3/5/1996 | LeRoux Ex. A - 1996 Fax to SSA | Case 2:12-cv-00086-WTL-WGH Document 25-1 | | | |
| P003 | 10/27/2008 | LeRoux Ex. B - Records Request to SSA | Case 2:12-cv-00086-WTL-WGH Document 25-2 | | | |
| P004 | 12/15/2008 | LeRoux Ex. C - Records Request to SSA | Case 2:12-cv-00086-WTL-WGH Document 25-3 | | | |
| P005 | 10/8/2009 | LeRoux Ex. D - Records Request to SSA | Case 2:12-cv-00086-WTL-WGH Document 25-4 | | | |
| P006 | 10/22/2009 | LeRoux Ex. E - SSA Response to Records Request | Case 2:12-cv-00086-WTL-WGH Document 25-5 | | | |
| P007 | 11/23/2009 | LeRoux Ex. F - Records Request to SSA | Case 2:12-cv-00086-WTL-WGH Document 25-6 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P008 | 12/7/2009 | LeRoux Ex. G - SSA Response - file destroyed | Case 2:12-cv-00086-WTL-WGH Document 25-7 | | | |
| P009 | 6/19/1996 | Fed Ex Invoice | BW0000001-0006 | | | |
| P010 | undated | B. Webster's Soc. Security Records Folder | BW0000007 | | | |
| P011 | 2/29/1996 | Ltr To: H. West from Kimberly Whitehead | BW0000008 | | | |
| P012 | 3/3/1996 | Business Records Authorization & Release to: H. West U.S. SS Office | BW0000009 | | | |
| P013 | undated | Business Records Affidavit | BW0000010 | | | |
| P014 | undated | Defendant's Social Security Records Folder | BW0000011 | | | |
| P015 | 3/5/1996 | Fax to: H. West from K. Whitehead re: B. Webster | BW0000012 | | | |
| P016 | 2/29/1996 | Ltr To: H. West, SS Admin Office from K. Whitehead requesting information about any disability claims | BW0000013 | | | |
| P017 | 3/3/1996 | Business Records Authorization & Release to: H. West U.S. SS Office | BW0000014 | | | |
| P018 | 3/4/1996 | Business Records Affidavit | BW0000015 | | | |
| P019 | undated | Defendant's SSI Records Folder | BW0000016 | | | |
| P020 | undated | Notes by K. Whitehead | BW0000017 | | | |
| P021 | 2/29/1996 | Note to K. Whitehead from L. Moore | BW0000018 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P022 | undated | Records Releases Signed by B. Webster | BW0000019-0020 | | | |
| P023 | undated | Note to K. Whitehead from L. Moore | BW0000021 | | | |
| P024 | 2/29/1996 | Ltr to H. West from K. Whitehead | BW0000022 | | | |
| P025 | undated | Business Records Affidavit | BW0000023 | | | |
| P026 | 3/3/1996 | Business Records Authorization & Release to: H. West U.S. SS Office | BW0000024 | | | |
| P027 | 3/4/1996 | Fax Transmission Verification Report | BW0000025 | | | |
| P028 | 3/4/1996 | Fax Cover Sheet to: H. West from K. Whitehead re: B. Webster | BW0000026 | | | |
| P029 | 10/31/2008 | Fax to G. Agee from DHS sending Maltreatment Summary Report, and stating unable to locate the investigative file | BW0000074-0087 | | | |
| P030 | 1/31/1995 | Memo from Bruck to Butcher RE: Mental Retardation Issue in USA v. Webster | BW0000027-0034 | | | |
| P031 | 11/1/1997 | Article - Capital Cases - Representing the Mentally Retarded Defendant | BW0000035-0040 | | | |
| P032 | 1/26/1995 | To: A. Vaughn from K. Whitehead re: requesting medical records for Bruce Webster, Beatrice | BW0000041 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Webster, and Future Rayford. | | | | |
| P033 | 1/30/1995 | Affidavit of Custodian of Medical Records re: A. Vaughan, RRA re: Future Rayford | BW0000042 | | | |
| P034 | 1/30/1995 | Affidavit of Custodian of Medical Records by A. Vaughan, RRA re: Beatrice Webster | BW0000043 | | | |
| P035 | 11/1/1994 | Affidavit of Custodian of Medical Records by A. Vaughan, RRA re: Bruce Webster | BW0000044-0058 | | | |
| P036 | 5/30/1996 | Southeast Arkansas Hospital Records re: Tony L. Webster | BW0000059 | | | |
| P037 | 3/13/1996 | Medical Records Authorization & Release for Southeast Arkansas Mental Health Center re: Tony Webster | BW0000060-0061 | | | |
| P038 | 5/30/1996 | Fax Cover re: Follow up on Medical Release request dated 3/13/1996 | BW0000062-0063 | | | |
| P039 | 3/13/1996 | Childrens Clinic Medical Records Authorization & Release re: Tony Wester | BW0000064-0065 | | | |
| P040 | 4/17/1996 | Children's Clinic Medical Records re: Tony Webster | BW0000066 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| P041 | 3/13/1996 | To L. Moore from T Winberry re: response letter from Child Maltreatment Central Registry | BW0000067-0069 | | | |
| P042 | undated | Attorney Note - SE Arkansas Mental Health Center Contact Information | BW0000070 | | | |
| P043 | 12/14/1994 | K. McNally letter to L. Moore | BW0000071-0073 | | | |
| P044 | Various | United States v. Webster, Case No. 4:94-CR-121-Y, Trial Transcripts | | | | |

Petitioner reserves the right to supplement this Exhibit List for purposes of adding documents relating to Petitioner's Social Security Administration records and the destruction thereof, including, but not limited to, certified records to be produced by the Social Security Administration, the Social Security Administration's Touhy response letters, the Declaration of Henry Velte filed in opposition to Petitioner's motion for issuance of a subpoena. Petitioner further reserves the right to offer any exhibits on Respondent's Exhibit List and to offer additional exhibits as rebuttal evidence.

DATED: June 1, 2018

DORSEY & WHITNEY LLP

By: s/ Steven J. Wells
    Steven J. Wells
    wells.steve@dorsey.com

    Kirsten E. Schubert
    *Admitted pro hac vice*
    schubert.kirsten@dorsey.com

    Kathryn A. Johnson
    *Admitted pro hac vice*
    johnson.kate@dorsey.com

Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Monica Foster (No. 8368-49)
INDIANA FEDERAL COMMUNITY
DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
Telephone: (317) 383-3520
Facsimile: (317) 383-3535

*Attorneys for Petitioner Bruce Carneil Webster*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2018, this Exhibit List was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Counsel for Respondent may access this filing through the court's system.

By: s/ Steven J. Wells
Steven J. Wells