UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BRUCE CARNEIL WEBSTER,

    Plaintiff,

  v.

CHARLES LOCKETT,

    Defendant.

) ) ) ) ) ) ) ) )

Case No. 2:12-cr-86-WTL-MJD

## <u>O R D E R</u>

Pursuant to the Order of this Court, Dkt. No. 75, a Writ of Order of Habeas Corpus Ad Prosequendum is necessary requiring the presence of Bruce Carneil Webster, Reg. No. 26177-077, date of birth XX/XX/1973, now confined at Terre Haute USP, 4700 Bureau Road South, Terre Haute, Indiana 47802, in the custody of the Warden, before the United States District Court, before the Honorable William T. Lawrence for the Southern District of Indiana, at Indianapolis, Indiana, on June 18, 2018 at 9:00 a.m. in courtroom 202, and thereafter until excused.

The Court ORDERS that the Clerk issue the proper writ or order to compel such attendance under safe conduct, as provided by law.

Dated: 6/6/18

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Counsel of Record via electronic notification

Office of the United States Marshal
Room 179, United States Courthouse
46 East Ohio Street
Indianapolis, Indiana   46204

TERRE HAUTE USP
U.S. PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN   47808