UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRUCE CARNEIL WEBSTER,           )
                                 )
              Plaintiff,          )
                                 )
       vs.                        )
                                 )   2:12-cv-00086-WTL-MJD
CHARLES LOCKETT,                  )
                                 )
              Defendant.          )

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    United States Marshal,
       Southern District of Indiana

       GREETINGS:  You are hereby commanded to have the presence of Bruce Carneil Webster, now confined in the Terre Haute USP, 4700 Bureau Road South, Terre Haute, Indiana 47802, in the custody of the Warden of said institution, before the United States District Court for the Southern District of Indiana, at Indianapolis, Indiana, on June 18, 2018 at 9:00 a.m., in courtroom 202, and thereafter until excused, to testify as a material and necessary witness before said Court; and after said witness shall have given his testimony, he shall at once be returned to the aforesaid institution, under safe and secure conduct, and have you then and there this writ.

       WITNESS THE HONORABLE, JUDGE WILLIAM T. LAWRENCE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, and the seal of said Court this date, June 7, 2018.

_____
Laura A. Briggs, Clerk
United States District Court
Southern District of Indiana


       Laura A. Briggs, Clerk

BY: _____
       Deputy Clerk, U.S. District Court