UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-00086-WTL-MJD |
| | ) | |
| CHARLES LOCKETT Warden, United States Penitentiary, Terre Haute (USP), | ) ) ) | |
| Respondent. | ) | |

## **ENTRY FOR APRIL 1, 2019**

This cause was before the Court for a hearing to determine whether Petitioner Bruce Carneil Webster is intellectually disabled and thus categorically ineligible for the death penalty. The Petitioner appeared in person and by counsel Steven J. Wells, Kathryn A. Johnson, Kirsten E. Schubert, and Monica Foster. The Respondent appeared by counsel Jay S. Weimer, Michael S. Warbel, and Tami C. Parker. The Court Reporter was Cathy Jones.

Petitioner began presenting his case. The following witnesses were sworn and examined: Dr. Marc J. Tassé and Dr. Daniel J. Reschly.

Petitioner's exhibit 40 was admitted into evidence without objection.

Due to the late hour, the Court recessed to reconvene on April 2, 2019, at 9:00 a.m.

Date: 4/2/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF