UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **BRUCE CARNEIL WEBSTER,** )<br>)<br>Petitioner, )<br>vs. )<br>)<br>**CHARLES LOCKETT,** )<br>)<br>Respondent. ) | Cause No. 2:12-cv-86-WTL-MJD |

## JUDGMENT

The Court having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of the petitioner, Bruce Webster, and against the respondent. Webster's petition for a writ of habeas corpus is granted. Webster's death sentence is vacated under 28 U.S.C. § 2241. The Attorney General has 120 days from the Entry of Final Judgment to take appropriate action in light of the writ. Further sentencing proceedings shall occur in the Northern District of Texas.

SO ORDERED: 6/18/2019

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.