

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Roger A. G. Sharpe, Clerk of Court**

| | | | |
|---|---|---|---|
| Birch Bayh Federal Building & U.S. Courthouse, Room 105<br>46 East Ohio Street<br>Indianapolis, IN 46204<br>(317) 229-3700 | U.S. Courthouse, Room 104<br>921 Ohio Street<br>Terre Haute, IN 47807<br>(812) 231-1840 | Winfield K. Denton Federal Building & U. S. Courthouse, Room 304<br>101 NW Martin Luther King Blvd.<br>Evansville, IN 47708<br>(812) 434-6410 | Lee H. Hamilton Federal Building & U.S. Courthouse, Room 210<br>121 West Spring Street<br>New Albany, IN 47150<br>(812) 542-4510 |

July 29, 2020

Christopher Conway, Clerk
United States Court of Appeals
Attn: Sylvester Kuziora
219 South Dearborn St, #2722
Chicago, IL  60604

RE:   BRUCE CARNEIL WEBSTER v. CHARLES LOCKETT
          USCA  No.  19-2683
          USDC  No.  2:12-cv-00086-JPH-MJD

Dear Mr. Kuziora:

Enclosed, please find 3 boxes of exhibits in the above referenced case, sent per the telephone request on July 27, 2020.  The boxes contain the following exhibits:

**June 18, 2018 Hearing**
Binder of Petitioner's Exhibits 001-043
Binder of Petitioner's Exhibits 045-051
Binder of Sealed Petitioner's Exhibits, 033, 034, 036, 040
Respondent's Exhibits 1, 2, 3,4,5

**April 1-5 2019 Hearing**
Binder of Petitioner's Exhibits 1-31
Binder of Petitioner's Exhibits 32-44
Binder of Respondent's Exhibits Volume 1 of 3
Binder of Respondent's Exhibits Volume 2 of 3
Binder of Respondent's Exhibits Volume 3 of 3

Sincerely,
Roger A. G. Sharpe,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

*Visit us at:*   www.insd.uscourts.gov