UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED

FEB 1 9 2025

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

CCG

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-00086-JPH-MJD |
| | ) | |
| CHARLES LOCKETT, | ) | |
| | ) | |
| Respondent. | ) | |

## RECEIPT FOR EXHIBITS

Pursuant to the Clerk's Entry previously filed in the above cause, counsel were notified that exhibits were available for removal. Counsel for the **Plaintiff**/**Defendant** (please circle applicable party) hereby accepts receipt of said exhibits.

Kristine L. Seufert,
Clerk of Court

By Carina Weed
Deputy Clerk

Received by: _ReVae Miller_

Law Firm: _IFCD_

Date: _2/19/25_