UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

FEB 25 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

BRUCE CARNEIL WEBSTER,                )
                                      )
                  Petitioner,         )
                                      )
            v.                        )   No. 2:12-cv-00086-JPH-MJD
                                      )
CHARLES LOCKETT,                      )
                                      )
                  Respondent.         )

### RECEIPT FOR EXHIBITS

Pursuant to the Clerk's Entry previously filed in the above cause, counsel were notified that exhibits were available for removal. Counsel for the **Plaintiff/Defendant** (please circle applicable party) hereby accepts receipt of said exhibits.

Kristine L. Seufert,
Clerk of Court

By Carina Weed
Deputy Clerk

Received by: _Michelle Vize_

Law Firm: _USAO_

Date: _2/25/25_